# EXHIBIT 1

Declaration of
Trey A. Rothell

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. MICHAEL'S MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF BALTIMORE, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-02337-ELH <br><br> **DECLARATION OF** <br> **TREY A. ROTHELL** |

I, TREY A. ROTHELL, declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I am employed as a law clerk by Randazza Legal Group, PLLC. I have first-hand knowledge of the facts set forth herein, and if called as a witness could and would testify competently thereto.

2. On September 13, 2021, at approximately 7:09 p.m. Eastern Time, I received notice that the Complaint and initiating documents in this matter had been filed. It is my understanding that the Complaint was filed at 6:55 p.m. Eastern Time.

3. Shortly thereafter, I accessed the online PACER docket for the above-captioned case and downloaded filed copies of the following documents:

   a. Verified Complaint (Dkt. No. 1);

   b. Civil Cover Sheet (Dkt. No. 1-1);

   c. Proposed Summons to The City of Baltimore (Dkt. No. 1-2);

   d. Proposed Summons to Mr. James Shea (Dkt. No. 1-3);

   e. Proposed Summons to Mayor Brandon M. Scott (Dkt. No. 1-4);

   f. Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction (Dkt. No. 2);

   g. [Proposed] Order on Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction (Dkt. No. 2-1); and,

RANDAZZA | LEGAL GROUP

h. Corporate Disclosure Statement and Certificate of Interested Parties (Dkt. No. 3).

4. Thereafter, I accessed the Baltimore City, Maryland Executive Branch online directory[1] and noted the identity and contact information for individuals associated with the Defendants and/or who would benefit from receiving prompt notice of this lawsuit.

5. On September 13, 2021, at approximately 7:32 p.m. Eastern Time I transmitted an email containing PDF attachments of the documents above in Paragraph 3 to the following recipients:

   a. James Shea <james.shea@baltimorecity.gov>, City Solicitor and Defendant;

   b. Mayor Brandon M. Scott <mayor@baltimorecity.gov>, Mayor and Defendant;

   c. Michael Huber <michael.huber@baltimorecity.gov>, Chief of Staff to Mayor Brandon M. Scott;

   d. Dominic Mcalily <dominic.mcalily@baltimorecity.gov>, Special Assistant to Mayor Brandon M. Scott;

   e. Matthew Nayden <matthew.nayden@baltimorecity.gov>, identified as Litigation & Claims Practice Group Chief;

6. A true and correct copy of my 7:32 p.m. email is attached hereto as **Exhibit A**.

7. After transmitted the email, I received an automated reply notifying me that Mr. Nayden is no longer employed as Baltimore's Litigation & Claims Practice Group Chief, and that I should instead contact Kurt Heinrich <kurt.heinrich@baltimorecity.gov>.

8. Thereafter, at 7:44 p.m. Eastern Time, I transmitted an additional email, attached as **Exhibit B**, to the recipients identified above in Paragraph 5, as well as Mr. Heinrich at the email address identified above. All documents identified in Paragraph 3 were attached to this second email.

9. At approximately 8:36 p.m. Eastern Time, I received notice that two additional documents had been filed in this matter:

   a. Motion for Admission Pro Hac Vice (Dkt. No. 4); and,

   b. Attachment to Motion for Admission Pro Hac Vice (Dkt. No. 4-1).

---

[1] Available at: <https://msa.maryland.gov/msa/mdmanual/36loc/bcity/html/bcitye.html>.

10. At approximately 9:06 p.m. Eastern Time, I transmitted true and correct, filed copies of the documents identified in Paragraph 9 above to the recipients identified in Paragraph 5 above and Mr. Heinrich identified in Paragraph 7 above. A true and correct copy of this email is attached hereto as **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2021.

_____
Trey A. Rothell

RANDAZZA | LEGAL GROUP

# EXHIBIT A

Email

9/13/21, 5:48 PM  Randazza Legal Group Mail - SERVICE OF COURT DOCUMENTS | St. Michael's Media, Inc. v. City of Baltimore et al. | 1:21-cv-02337-ELH

Case 1:21-cv-02337-ELH   Document 5-1   Filed 09/13/21   Page 6 of 12



**Trey Rothell &lt;tar@randazza.com&gt;**

# SERVICE OF COURT DOCUMENTS | St. Michael's Media, Inc. v. City of Baltimore et al. | 1:21-cv-02337-ELH

**Trey Rothell** &lt;tar@randazza.com&gt;  Mon, Sep 13, 2021 at 4:32 PM
To: james.shea@baltimorecity.gov, mayor@baltimorecity.gov
Cc: david@wachenlaw.com, "Marc J. Randazza" &lt;mjr@randazza.com&gt;, ecf@randazza.com, michael.huber@baltimorecity.gov, dominic.mcalily@baltimorecity.gov, matthew.nayden@baltimorecity.gov

Good Afternoon,

This firm represents St. Michael's Media, Inc., which has filed a lawsuit today against the City of Baltimore, James Shea, and Brandon M. Scott in the United States District Court for the District of Maryland (Case No. 1:21-cv-02337-ELH). In addition to the relief sought in the complaint, St. Michael's has filed a Motion for Temporary Restraining Order and for Preliminary Injunction.

The documents filed today in this matter are attached for your reference.

Thank you,

**Trey A. Rothell, JD**\* | **Randazza Legal Group, PLLC**
2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
Tel: (702) 420-2001 | Email: tar@randazza.com

\* Law Clerk – not *yet* licensed to practice law.



**8 attachments**

- **001 - Complaint.pdf**
  321K
- **001-1 - Civil Cover Sheet.pdf**
  254K
- **001-2 - Baltimore Summons - Proposed.pdf**
  495K
- **001-3 - Shea Summons - Proposed.pdf**
  923K
- **001-4 - Scott Summons - Proposed.pdf**
  495K
- **002 - TRO Motion.pdf**
  335K
- **002-1 - Proposed Order.pdf**
  148K
- **003 - Corp Disclosure Statement.pdf**
  199K

# EXHIBIT B

Email

9/13/21, 5:49 PM  Randazza Legal Group Mail - SERVICE OF COURT DOCUMENTS | St. Michael's Media, Inc. v. City of Baltimore et al. | 1:21-cv-02337-ELH

Case 1:21-cv-02337-ELH   Document 5-1   Filed 09/13/21   Page 8 of 12



Trey Rothell <tar@randazza.com>

# SERVICE OF COURT DOCUMENTS | St. Michael's Media, Inc. v. City of Baltimore et al. | 1:21-cv-02337-ELH

**Trey Rothell** <tar@randazza.com>  Mon, Sep 13, 2021 at 4:43 PM
To: james.shea@baltimorecity.gov, mayor@baltimorecity.gov
Cc: david@wachenlaw.com, "Marc J. Randazza" <mjr@randazza.com>, ecf@randazza.com, michael.huber@baltimorecity.gov, dominic.mcalily@baltimorecity.gov, matthew.nayden@baltimorecity.gov, kurt.heinrich@baltimorecity.gov, brandonm.scott@baltimorecity.gov

Good Afternoon,

Further to my email below, please note that Judge Hollander, the United States District Judge assigned to this matter, would like to have a call with counsel tomorrow.

Her available times are: 10:00 a.m., 10:30 a.m., 2:30 p.m., 3:00 p.m., and 3:30 p.m.

Please let us know what time works for you.

Thank you,

**Trey A. Rothell, JD*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
Tel: (702) 420-2001 | Email: tar@randazza.com

* Law Clerk – not *yet* licensed to practice law.
On Sep 13, 2021, 4:32 PM -0700, Trey Rothell <tar@randazza.com>, wrote:

> Good Afternoon,
>
> This firm represents St. Michael's Media, Inc., which has filed a lawsuit today against the City of Baltimore, James Shea, and Brandon M. Scott in the United States District Court for the District of Maryland (Case No. 1:21-cv-02337-ELH). In addition to the relief sought in the complaint, St. Michael's has filed a Motion for Temporary Restraining Order and for Preliminary Injunction.
>
> The documents filed today in this matter are attached for your reference.
>
> Thank you,
>
> **Trey A. Rothell, JD*** | **Randazza Legal Group, PLLC**
> 2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
> Tel: (702) 420-2001 | Email: tar@randazza.com
>
> * Law Clerk – not *yet* licensed to practice law.

**8 attachments**

- **001 - Complaint.pdf**
  321K
- **001-1 - Civil Cover Sheet.pdf**
  254K
- **001-2 - Baltimore Summons - Proposed.pdf**
  495K
- **001-3 - Shea Summons - Proposed.pdf**
  923K
- **001-4 - Scott Summons - Proposed.pdf**
  495K

9/13/21, 5:49 PM    Randazza Legal Group Mail - SERVICE OF COURT DOCUMENTS | St. Michael's Media, Inc. v. City of Baltimore et al. | 1:21-cv-02337-ELH

Case 1:21-cv-02337-ELH   Document 5-1   Filed 09/13/21   Page 9 of 12

**002 - TRO Motion.pdf**
335K

**002-1 - Proposed Order.pdf**
148K

**003 - Corp Disclosure Statement.pdf**
199K

# EXHIBIT C

Email

9/13/21, 6:15 PM                Randazza Legal Group Mail - SERVICE OF COURT DOCUMENTS | St. Michael's Media, Inc. v. City of Baltimore et al. | 1:21-cv-02337-ELH

Case 1:21-cv-02337-ELH   Document 5-1   Filed 09/13/21   Page 11 of 12



Trey Rothell <tar@randazza.com>

## SERVICE OF COURT DOCUMENTS | St. Michael's Media, Inc. v. City of Baltimore et al. | 1:21-cv-02337-ELH

**Trey Rothell** <tar@randazza.com>                                                                                         Mon, Sep 13, 2021 at 6:06 PM
To: james.shea@baltimorecity.gov, mayor@baltimorecity.gov
Cc: david@wachenlaw.com, "Marc J. Randazza" <mjr@randazza.com>, ecf@randazza.com, michael.huber@baltimorecity.gov, dominic.mcalily@baltimorecity.gov, matthew.nayden@baltimorecity.gov, kurt.heinrich@baltimorecity.gov, brandonm.scott@baltimorecity.gov

Good Evening,

Attorney David S. Wachen has filed a motion in this matter for the *pro hac vice* admission of Attorney Marc J. Randazza of Randazza Legal Group, PLLC. Copies of the relevant filings are attached.

Thank you,

**Trey A. Rothell, JD\*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
Tel: (702) 420-2001 | Email: tar@randazza.com

\* Law Clerk – not *yet* licensed to practice law.

On Sep 13, 2021, 4:43 PM -0700, Trey Rothell <tar@randazza.com>, wrote:

> Good Afternoon,
>
> Further to my email below, please note that Judge Hollander, the United States District Judge assigned to this matter, would like to have a call with counsel tomorrow.
>
> Her available times are: 10:00 a.m., 10:30 a.m., 2:30 p.m., 3:00 p.m., and 3:30 p.m.
>
> Please let us know what time works for you.
>
> Thank you,
>
> **Trey A. Rothell, JD\*** | **Randazza Legal Group, PLLC**
> 2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
> Tel: (702) 420-2001 | Email: tar@randazza.com
>
> \* Law Clerk – not *yet* licensed to practice law.
>
> On Sep 13, 2021, 4:32 PM -0700, Trey Rothell <tar@randazza.com>, wrote:
>
>> Good Afternoon,
>>
>> This firm represents St. Michael's Media, Inc., which has filed a lawsuit today against the City of Baltimore, James Shea, and Brandon M. Scott in the United States District Court for the District of Maryland (Case No. 1:21-cv-02337-ELH). In addition to the relief sought in the complaint, St. Michael's has filed a Motion for Temporary Restraining Order and for Preliminary Injunction.
>>
>> The documents filed today in this matter are attached for your reference.
>>
>> Thank you,
>>
>> **Trey A. Rothell, JD\*** | **Randazza Legal Group, PLLC**
>> 2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
>> Tel: (702) 420-2001 | Email: tar@randazza.com
>>
>> \* Law Clerk – not *yet* licensed to practice law.

**2 attachments**

9/13/21, 6:15 PM
Randazza Legal Group Mail - SERVICE OF COURT DOCUMENTS | St. Michael's Media, Inc. v. City of Baltimore et al. | 1:21-cv-02337-ELH

Case 1:21-cv-02337-ELH   Document 5-1   Filed 09/13/21   Page 12 of 12

**004 - MJR PHV Motion.pdf**
400K

**004-1 - Attachment to MJR PHV Motion.pdf**
5512K