# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ST. MICHAEL'S MEDIA, INC.,

    Plaintiff,

v.

THE CITY OF BALTIMORE, *et al.*,

    Defendants.

Case No. 1:21-cv-02337-ELH

**DECLARATION OF CHRISTINE NILES**

I, CHRISTINE NILES, declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have first-hand knowledge of the facts set forth herein, and if called as a witness could and would testify competently thereto.

2. I am a Senior Producer employed by Plaintiff St. Michael's Media, Inc.

3. On August 8, 2021, I transmitted a request to The City of Baltimore under the Maryland Public Information Act requesting records relating to the cancellation of St. Michael's Media's planned event.

4. I received a number of emails in response to my request.

5. A true and correct copy of the responsive emails are attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/14/2021.

Christine Niles

# Exhibit A

**From:** Teresa Waters <twaters@Roya FarmsArena.com>
**Sent:** Wednesday, August 04, 2021 12:59 PM EDT
**To:** Shea, James (J m) L. <James.Shea@ba t morec ty.gov>
**CC:** Huber, M chae (Mayor's Off ce) <M chae .Huber@ba t morec ty.gov>; C ark, K mber y (BDC) <KC ark@ba t moredeve opment.com>; Harry Cann <hcann@asmg oba .com>; Bruce Hanson <bhanson@asmg oba .com>; Frank Remesch <fremesch@Roya FarmsArena.com>
**Subject:** MECU Pav on Event Cance at on By the C ty of Ba t more

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.
Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

*Please see the below message sent on behalf of Frank Remesch  General Manager of Royal Farms Arena and MECU Pavilion.*

Dear Mr. Shea,

Per my conversat on w th Ba t more C ty Ch ef of Staff, M chae Huber,  t s ASM G oba s understand ng that the C ty of Ba t more w shes to exerc se ts r ght to deny an event at the MECU Pav on, as out ned n the contract c ause shown be ow (page 4, #11).

> **11. Schedule of Events, Objections.** During the Term, Operator shall use good faith efforts to advise City each month during the event season as to the dates of events and the artists or users for scheduled events. Operator agrees that it will not allow any public event to be held at the Facilities which utilizes artists that have not performed at another similarly situated venue owned or operated by Live Nation. The City shall provide Operator with notice of any objections or complaints that result from a public event held at the Facilities. Prior to booking any such objectionable performer at the Facilities in future years, the Operator will provide the City with notice, at which time the City shall have 48 hours to object to such performer, and the Operator will not book such objectionable performer unless the Operator has provided assurances to the City that the issues giving rise to the objections and complaints will be addressed in a manner satisfactory to the City.

The event, Ba t more Conference and Prayer meet ng s schedu ed to be he d on November 16, 2021.  Be ow s some add t ona nformat on regard ng th s event…

1. Pr or event – they he d th s same event n Oct 2018 – th s event was he d w thout nc dent
2. Current event – schedu ed for Nov 16, 2021 and they have begun d str but ng t ckets v a the r webs te
3. Depos t – they have pa d the r $3000 depos t for 2021
4. Ent ty – the contract s n the name of St. M chae s Med a…the r web address shttps://www.churchm tant.com/
5. Contract – the contract s drafted but pend ng f na ed ts for s gnature

P ease adv se by the end of bus ness (5pm) on Thursday, August 5, 2021 f you do not w sh to cance th s event as requested by the Ch ef of Staff.  If we have not heard from your off ce by then, we sha proceed w th not fy ng the event organ zers that per our contract w th the C ty, we are no onger ab e to host the r event.

Thank you for your t me and attent on.  If you have any add t ona quest ons you can reach me on my ce at ▇▇▇▇

S ncere y,
Frank Remesch


**Teresa Ann Waters**
Human Resources Manager/Execut ve Ass stant to Genera Manager
Roya Farms Arena

d:   410.347.2047
f:   410.843.9550
e:   twaters@roya farmsarena.com

201 West Ba t more Street
Ba t more, MD 21201


roya farmsarena.com

*Confidentiality Notice:  This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain,*

DocuSign Envelope ID: F5AA3DB3-BBAF-4587-A7E4-4FF023EB9922

*copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone or reply to this e-mail and delete all copies of this message.*

DocuSign Envelope ID: F5AA3DB3-BBAF-4587-A7E4-4FF023EB9922

**Sent:** Thursday, August 05, 2021 10:34 AM EDT
**To:** Teresa Waters <twaters@RoyalFarmsArena.com>
**CC:** Huber, Michael (Mayor's Office) <Michael.Huber@baltimorecity.gov>; Clark, Kimberly (BDC) <KClark@baltimoredevelopment.com>; Harry Cann <hcann@asmglobal.com>; Bruce Hanson <bhanson@asmglobal.com>; Frank Remesch <fremesch@RoyalFarmsArena.com>
**Subject:** RE: MECU Pavilion Event Cancelation By the City of Baltimore

The City's basis for the decision to decline to provide a forum for the event encompasses more than the provision you cite. Please proceed as you have outlined.

---

**From:** Teresa Waters <twaters@RoyalFarmsArena.com>
**Sent:** Wednesday, August 4, 2021 1:00 PM
**To:** Shea, James (Jim) L. <James.Shea@baltimorecity.gov>
**Cc:** Huber, Michael (Mayor's Office) <Michael.Huber@baltimorecity.gov>; Clark, Kimberly (BDC) <KClark@baltimoredevelopment.com>; Harry Cann <hcann@asmglobal.com>; Bruce Hanson <bhanson@asmglobal.com>; Frank Remesch <fremesch@RoyalFarmsArena.com>
**Subject:** MECU Pavilion Event Cancelation By the City of Baltimore

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

*Please see the below message sent on behalf of Frank Remesch, General Manager of Royal Farms Arena and MECU Pavilion.*

Dear Mr. Shea,

Per my conversation with Baltimore City Chief of Staff, Michael Huber, it is ASM Global's understanding that the City of Baltimore wishes to exercise its right to deny an event at the MECU Pavilion, as outlined in the contract clause shown below (page 4, #11).

> 11. **Schedule of Events, Objections.** During the Term, Operator shall use good faith efforts to advise City each month during the event season as to the dates of events and the artists or users for scheduled events. Operator agrees that it will not allow any public event to be held at the Facilities which utilizes artists that have not performed at another similarly situated venue owned or operated by Live Nation. The City shall provide Operator with notice of any objections or complaints that result from a public event held at the Facilities. Prior to booking any such objectionable performer at the Facilities in future years, the Operator will provide the City with notice, at which time the City shall have 48 hours to object to such performer, and the Operator will not book such objectionable performer unless the Operator has provided assurances to the City that the issues giving rise to the objections and complaints will be addressed in a manner satisfactory to the City.

The event, Baltimore Conference and Prayer meeting is scheduled to be held on November 16, 2021. Below is some additional information regarding this event…

1. Prior event – they held this same event in Oct 2018 – this event was held without incident
2. Current event – scheduled for Nov 16, 2021 and they have begun distributing tickets via their website
3. Deposit – they have paid their $3000 deposit for 2021
4. Entity – the contract is in the name of St. Michaels Media…their web address is https://www.churchmilitant.com/
5. Contract – the contract is drafted but pending final edits for signature

Please advise by the end of business (5pm) on Thursday, August 5, 2021 if you do not wish to cancel this event as requested by the Chief of Staff. If we have not heard from your office by then, we shall proceed with notifying the event organizers that per our contract with the City, we are no longer able to host their event.

Thank you for your time and attention. If you have any additional questions you can reach me on my cell at ▮▮▮▮▮▮▮.

Sincerely,
Frank Remesch

**Teresa Ann Waters**
Human Resources Manager/Executive Assistant to General Manager
Royal Farms Arena

d:   410.347.2047
f:   410.843.9550
e:   twaters@royalfarmsarena.com

201 West Baltimore Street
Baltimore, MD 21201

DocuSign Envelope ID: F5AA3DB3-BBAF-4587-A7E4-4FF023EB9922



**Confidentiality Notice:**  *This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone or reply to this e-mail and delete all copies of this message.*

DocuSign Envelope ID: F5AA3DB3-BBAF-4587-A7E4-4FF023EB9922

**From:** Shea, James (Jim) L.
**Sent:** Thursday, August 05, 2021 10:40 AM EDT
**To:** Teresa Waters <twaters@RoyalFarmsArena.com>
**CC:** Huber, Michael (Mayor's Office) <Michael.Huber@baltimorecity.gov>; Clark, Kimberly (BDC) <KClark@baltimoredevelopment.com>; Harry Cann <hcann@asmglobal.com>; Bruce Hanson <bhanson@asmglobal.com>; Frank Remesch <fremesch@RoyalFarmsArena.com>
**BCC:** Brown, Ashlea (Law Dept) <Ashlea.Brown@baltimorecity.gov>; Salsbury, Stephen <Stephen.Salsbury@baltimorecity.gov>
**Subject:** RE: MECU Pavilion Event Cancelation By the City of Baltimore

The City's basis for the decision to decline to provide a forum for the event encompasses more than the provision you cite. Please proceed as you have outlined. Jim

---

**From:** Teresa Waters <twaters@RoyalFarmsArena.com>
**Sent:** Wednesday, August 4, 2021 1:00 PM
**To:** Shea, James (Jim) L. <James.Shea@baltimorecity.gov>
**Cc:** Huber, Michael (Mayor's Office) <Michael.Huber@baltimorecity.gov>; Clark, Kimberly (BDC) <KClark@baltimoredevelopment.com>; Harry Cann <hcann@asmglobal.com>; Bruce Hanson <bhanson@asmglobal.com>; Frank Remesch <fremesch@RoyalFarmsArena.com>
**Subject:** MECU Pavilion Event Cancelation By the City of Baltimore

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

*Please see the below message sent on behalf of Frank Remesch, General Manager of Royal Farms Arena and MECU Pavilion.*

Dear Mr. Shea,

Per my conversation with Baltimore City Chief of Staff, Michael Huber, it is ASM Global's understanding that the City of Baltimore wishes to exercise its right to deny an event at the MECU Pavilion, as outlined in the contract clause shown below (page 4, #11).

> 11. **Schedule of Events, Objections.** During the Term, Operator shall use good faith efforts to advise City each month during the event season as to the dates of events and the artists or users for scheduled events. Operator agrees that it will not allow any public event to be held at the Facilities which utilizes artists that have not performed at another similarly situated venue owned or operated by Live Nation. The City shall provide Operator with notice of any objections or complaints that result from a public event held at the Facilities. Prior to booking any such objectionable performer at the Facilities in future years, the Operator will provide the City with notice, at which time the City shall have 48 hours to object to such performer, and the Operator will not book such objectionable performer unless the Operator has provided assurances to the City that the issues giving rise to the objections and complaints will be addressed in a manner satisfactory to the City.

The event, Baltimore Conference and Prayer meeting is scheduled to be held on November 16, 2021. Below is some additional information regarding this event…

1. Prior event – they held this same event in Oct 2018 – this event was held without incident
2. Current event – scheduled for Nov 16, 2021 and they have begun distributing tickets via their website
3. Deposit – they have paid their $3000 deposit for 2021
4. Entity – the contract is in the name of St. Michaels Media…their web address is https://www.churchmilitant.com/
5. Contract – the contract is drafted but pending final edits for signature

Please advise by the end of business (5pm) on Thursday, August 5, 2021 if you do not wish to cancel this event as requested by the Chief of Staff. If we have not heard from your office by then, we shall proceed with notifying the event organizers that per our contract with the City, we are no longer able to host their event.

Thank you for your time and attention. If you have any additional questions you can reach me on my cell at ▮▮▮▮▮▮▮▮.

Sincerely,
Frank Remesch

**Teresa Ann Waters**
Human Resources Manager/Executive Assistant to General Manager
Royal Farms Arena

d:  410.347.2047
f:  410.843.9550
e:  twaters@royalfarmsarena.com

Case 1:21-cv-02337-ELH   Document 8-2   Filed 09/14/21   Page 8 of 19

201 West Ba t more Street
Ba t more, MD 21201



roya farmsarena.com

**_Confidentiality Notice_**:  This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone or reply to this e-mail and delete all copies of this message.

**From:** Frank Remesch <fremesch@RoyalFarmsArena.com>
**Sent:** Thursday, August 05, 2021 10:51 AM EDT
**To:** Shea, James (Jim) L. <James.Shea@baltimorecity.gov>
**CC:** Teresa Waters <twaters@RoyalFarmsArena.com>; Huber, Michael (Mayor's Office) <Michael.Huber@baltimorecity.gov>; Clark, Kimberly (BDC) <KClark@baltimoredevelopment.com>; Harry Cann <hcann@asmglobal.com>; Bruce Hanson <bhanson@asmglobal.com>
**Subject:** Re: MECU Pavilion Event Cancelation By the City of Baltimore
**Attachment(s):** "image006.png","image007.jpg","image008.png","image009.png","image010.png","image011.png"

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Understood and thank you Sir.

Sent from my iPhone

> On Aug 5, 2021, at 10:40 AM, Shea, James (Jim) L. <James.Shea@baltimorecity.gov> wrote:
>
>
> The City's basis for the decision to decline to provide a forum for the event encompasses more than the provision you cite. Please proceed as you have outlined. Jim
>
> ---
>
> **From:** Teresa Waters <twaters@RoyalFarmsArena.com>
> **Sent:** Wednesday, August 4, 2021 1:00 PM
> **To:** Shea, James (Jim) L. <James.Shea@baltimorecity.gov>
> **Cc:** Huber, Michael (Mayor's Office) <Michael.Huber@baltimorecity.gov>; Clark, Kimberly (BDC) <KClark@baltimoredevelopment.com>; Harry Cann <hcann@asmglobal.com>; Bruce Hanson <bhanson@asmglobal.com>; Frank Remesch <fremesch@RoyalFarmsArena.com>
> **Subject:** MECU Pavilion Event Cancelation By the City of Baltimore
>
> **CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
> **Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov
>
> *Please see the below message sent on behalf of Frank Remesch, General Manager of Royal Farms Arena and MECU Pavilion.*
>
> Dear Mr. Shea,
>
> Per my conversation with Baltimore City Chief of Staff, Michael Huber, it is ASM Global's understanding that the City of Baltimore wishes to exercise its right to deny an event at the MECU Pavilion, as outlined in the contract clause shown below (page 4, #11).
>
> <image006.png>
>
> The event, Baltimore Conference and Prayer meeting is scheduled to be held on November 16, 2021. Below is some additional information regarding this event…
>
> 1. Prior event – they held this same event in Oct 2018 – this event was held without incident
> 2. Current event – scheduled for Nov 16, 2021 and they have begun distributing tickets via their website
> 3. Deposit – they have paid their $3000 deposit for 2021
> 4. Entity – the contract is in the name of St. Michael's Media…their web address is https://www.churchmilitant.com/
> 5. Contract – the contract is drafted but pending finalized ts for signature
>
> Please advise by the end of business (5pm) on Thursday, August 5, 2021 if you do not wish to cancel this event as requested by the Chief of Staff. If we have not heard from your office by then, we shall proceed with notifying the event organizers that per our contract with the City, we are no longer able to host their event.
>
> Thank you for your time and attention. If you have any additional questions you can reach me on my cell at ▮▮▮▮▮▮▮▮▮▮.
>
> Sincerely,
> Frank Remesch

**Teresa Ann Waters**
Human Resources Manager/Execut ve Ass stant to Genera  Manager
Roya  Farms Arena

d:   410.347.2047
f:   410.843.9550
e:   [twaters@roya farmsarena.com](twaters@roya farmsarena.com)

201 West Ba t more Street
Ba t more, MD 21201

< mage007.jpg>

roya farmsarena.com
< mage008.png>

[< mage009.png>](< mage009.png>)

[< mage010.png>](< mage010.png>)

[< mage011.png>](< mage011.png>)

*Confidentiality Notice*:  *This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone or reply to this e-mail and delete all copies of this message.*

**From:** Frank Remesch <fremesch@Royal FarmsArena.com>
**Sent:** Thursday, August 05, 2021 5:42 PM EDT
**To:** Shea, James (Jim) L. <James.Shea@baltimorecity.gov>
**CC:** Teresa Waters <twaters@Royal FarmsArena.com>
**Subject:** Fwd: Baltimore Conference and Prayer Meeting - MECU Pavilion - Nov 16, 2021

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Hi Jim this is the group's response. Obviously I am out of my field of expertise, who in your office may I direct them towards?

Thanks,

Frank

Sent from my iPhone

Begin forwarded message:

> **From:** Teresa Waters <twaters@royalfarmsarena.com>
> **Date:** August 5, 2021 at 4:03:53 PM EDT
> **To:** Frank Remesch <fremesch@royalfarmsarena.com>
> **Subject: FW: Baltimore Conference and Prayer Meeting - MECU Pavilion - Nov 16, 2021**
>
> Their response just received…I have not responded…
>
> **Teresa Ann Waters**
> Human Resources Manager/Executive Assistant to General Manager
> Royal Farms Arena
>
> d:   410.347.2047
> f:   410.843.9550
> e:   twaters@royalfarmsarena.com
>
> 201 West Baltimore Street
> Baltimore, MD 21201
>
> 
> royalfarmsarena.com
>
> *Confidentiality Notice:  This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone or reply to this e-mail and delete all copies of this message.*
>
> **From:** Carmen Alard <carmenalard@churchmilitant.com>
> **Sent:** Thursday, August 5, 2021 4:02 PM
> **To:** Teresa Waters <twaters@Royal FarmsArena.com>
> **Subject:** RE: Baltimore Conference and Prayer Meeting - MECU Pavilion - Nov 16, 2021
>
> Dear Teresa:
>
> You and I have had a cordial working relationship, and I don't expect that to change.  With that said, we insist you share with us what suddenly transpired between Monday, Aug. 2 (when we confirmed with you the additional cost for additional time, and you said you would finalize the contract) and today.  What is in the contract with the City that wasn't there when we began communications June 16, 2021?  Obviously, we cannot force you to host our event, however, we will seek legal counsel in order to know the text in your contract with the City that precludes your hosting our event.  "No longer able" is not an acceptable response.  As you can well

imagine, we have spent countless hours and energy promoting this prayer rally & conference, as well as accepting donations because we had a good faith understanding with you that it would proceed (as well as your acceptance of our deposit).  Not to mention, you hosted this very same event for us in November 2018.  Nothing on our part has changed.

Royal Farms Arena, at the very least, owes us a proper and honest explanation.

Blessings, Carmen

Carmen Allard



Deve opment and Trave , too
St. M chae s Med a

"Catholicism is the law of life, the life of the intelligence, the solution of all problems.  Catholicism is the truth, and everything that departs from it one iota, is disorder, deception and error."   Juan Donoso Cortes

---

**From:** Teresa Waters <twaters@Roya FarmsArena.com>
**Sent:** Thursday, August 5, 2021 1:41 PM
**To:** Carmen A ard <carmena ard@churchm tant.com>
**Subject:** RE: Ba t more Conference and Prayer Meet ng - MECU Pav on - Nov 16, 2021

Carmen – As stated prev ous y due to our contract w th the C ty we are no onger ab e to host your event. I have n t ated a return of your depos t v a check.  It w  be sent to the address on f e for your organ zat on.

Thank you,
Teresa

### Teresa Ann Waters
Human Resources Manager/Execut ve Ass stant to Genera  Manager
Roya  Farms Arena

d:   410.347.2047
f:   410.843.9550
e:   twaters@roya farmsarena.com

201 West Ba t more Street
Ba t more, MD 21201



roya farmsarena.com

***Confidentiality Notice***:  *This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone or reply to this e-mail and delete all copies of this message.*

---

**From:** Carmen A ard <carmena ard@churchm tant.com>
**Sent:** Thursday, August 5, 2021 1:32 PM
**To:** Teresa Waters <twaters@Roya FarmsArena.com>

**Subject:** RE: Baltimore Conference and Prayer Meeting - MECU Pavilion - Nov 16, 2021

Good afternoon, Teresa.  Frankly, I'm shocked.  May I ask what is the text in your contract with the City that disallows your hosting our event?  Obviously, we have transferred the deposit to your bank.  We have reservations to fill over 2/3 of the Pavilion, and are on track to fill it completely.  I called you, but it went right to voice mail.  Please call me as soon as possible. (248) 829-5078.

Blessings, Carmen

Carmen Allard



Development and Travel, too
St. Michaels Media

"Catholicism is the law of life, the life of the intelligence, the solution of all problems.  Catholicism is the truth, and everything that departs from it one iota, is disorder, deception and error."    Juan Donoso Cortes

---

**From:** Teresa Waters <twaters@RoyalFarmsArena.com>
**Sent:** Thursday, August 5, 2021 12:58 PM
**To:** Carmen Allard <carmenallard@churchmilitant.com>
**Subject:** Baltimore Conference and Prayer Meeting - MECU Pavilion - Nov 16, 2021

Good afternoon Carmen - Per our contract with the City, we are no longer able to host your event.

Thank you,
Teresa

**Teresa Ann Waters**
Human Resources Manager/Executive Assistant to General Manager
Royal Farms Arena

d:    410.347.2047
f:    410.843.9550
e:    twaters@royalfarmsarena.com

201 West Baltimore Street
Baltimore, MD 21201

**ROYAL FARMS ARENA**
royalfarmsarena.com

**Confidentiality Notice:**  This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone or reply to this e-mail and delete all copies of this message.

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

**From:** Frank Remesch <fremesch@RoyalFarmsArena.com>
**Sent:** Friday, August 06, 2021 9:56 AM EDT
**To:** Shea, James (Jim) L. <James.Shea@baltimorecity.gov>
**CC:** Teresa Waters <twaters@RoyalFarmsArena.com>
**Subject:** Re: Baltimore Conference and Prayer Meeting - MECU Pavilion - Nov 16, 2021
**Attachment(s):**
"image001.jpg","image002.png","image003.png","image004.png","image005.png","image009.jpg","image007.jpg","image011.jpg"

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Thank you sir

Sent from my iPhone

> On Aug 6, 2021, at 9:55 AM, Shea, James (Jim) L. <James.Shea@baltimorecity.gov> wrote:
>
> Frank,
>
> You can direct them to me. Thanks.
>
> Jim
>
> **James L. Shea**
> *City Solicitor*
> *Baltimore City Department of Law*
>
> 100 N. Holliday Street, Suite 101
> Baltimore, MD 21202
> james.shea@baltimorecity.gov
>
> Office (410) 396-8393
> Cell (443)721-7020
> Fax (410) 659-4077
>
> DEPARTMENT OF LAW
>
> Confidentiality Notice:
> This email, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain legal or other confidential and privileged information. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use or distribution of this email is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this email immediately. Nothing contained in the body and/or header of this email is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this email or its attachment(s), except where such intent is expressly indicated.
>
> ---
>
> **From:** Frank Remesch <fremesch@RoyalFarmsArena.com>
> **Sent:** Thursday, August 5, 2021 5:42 PM
> **To:** Shea, James (Jim) L. <James.Shea@baltimorecity.gov>
> **Cc:** Teresa Waters <twaters@RoyalFarmsArena.com>
> **Subject:** Fwd: Baltimore Conference and Prayer Meeting - MECU Pavilion - Nov 16, 2021
>
> **CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
> **Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov
>
> Hi Jim this is the group's response. Obviously I am out of my field of expertise, who in your office may I direct them towards?
>
> Thanks,
>
> Frank
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Teresa Waters <twaters@royalfarmsarena.com>
>> **Date:** August 5, 2021 at 4:03:53 PM EDT
>> **To:** Frank Remesch <fremesch@royalfarmsarena.com>
>> **Subject: FW: Baltimore Conference and Prayer Meeting - MECU Pavilion - Nov 16, 2021**
>>
>> Their response just received…I have not responded…

**Teresa Ann Waters**
Human Resources Manager/Execut ve Ass stant to Genera  Manager
Roya  Farms Arena

d:   410.347.2047
f:   410.843.9550
e:   twaters@roya farmsarena.com

201 West Ba t more Street
Ba t more, MD 21201

< mage001.jpg>

roya farmsarena.com
< mage002.png>

< mage003.png>

< mage004.png>

< mage005.png>

*Confidentiality Notice*:  *This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone or reply to this e-mail and delete all copies of this message.*

---

**From:** Carmen A ard <carmena_ard@churchm_tant.com>
**Sent:** Thursday, August 5, 2021 4:02 PM
**To:** Teresa Waters <twaters@Roya FarmsArena.com>
**Subject:** RE: Ba t more Conference and Prayer Meet ng - MECU Pav  on - Nov 16, 2021

Dear Teresa:

You and I have had a cordial working relationship, and I don't expect that to change.  With that said, we insist you share with us what suddenly transpired between Monday, Aug. 2 (when we confirmed with you the additional cost for additional time, and you said you would finalize the contract) and today.  What is in the contract with the City that wasn't there when we began communications June 16, 2021?  Obviously, we cannot force you to host our event, however, we will seek legal counsel in order to know the text in your contract with the City that precludes your hosting our event.  "No longer able" is not an acceptable response.  As you can well imagine, we have spent countless hours and energy promoting this prayer rally & conference, as well as accepting donations because we had a good faith understanding with you that it would proceed (as well as your acceptance of our deposit).  Not to mention, you hosted this very same event for us in November 2018.  Nothing on our part has changed.

Royal Farms Arena, at the very least, owes us a proper and honest explanation.

Blessings, Carmen

**Carmen Allard**

< mage007.jpg>

Development and Travel, too
St. Michael's Media

< mage009.jpg>
"Catholicism is the law of life, the life of the intelligence, the solution of all problems.  Catholicism is the truth, and everything that departs from it one iota, is disorder, deception and error."   Jua  Do oso Co tes

---

**From:** Teresa Waters <twaters@Roya FarmsArena.com>
**Sent:** Thursday, August 5, 2021 1:41 PM
**To:** Carmen A ard <carmena_ard@churchm_tant.com>
**Subject:** RE: Ba t more Conference and Prayer Meet ng - MECU Pav  on - Nov 16, 2021

DocuSign Envelope ID: F5AA3DB3-BBAF-4587-A7E4-4FF023EB9922

Carmen – As stated prev ous y due to our contract w th the C ty we are no  onger ab e to host your event. I have  n t ated a return of your depos t v a check.  It w   be sent to the address on f e for your organ zat on.

Thank you,
Teresa

## Teresa Ann Waters

Human Resources Manager/Execut ve Ass stant to Genera  Manager
Roya  Farms Arena

d:   410.347.2047
f:    410.843.9550
e:   twaters@roya farmsarena.com

201 West Ba t more Street
Ba t more, MD 21201

< mage001.jpg>

roya farmsarena.com
< mage002.png>

< mage003.png>

< mage004.png>

< mage005.png>

*Confidentiality Notice:*  *This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone or reply to this e-mail and delete all copies of this message.*

---

**From:** Carmen A ard <carmena_ard@churchm tant.com>
**Sent:** Thursday, August 5, 2021 1:32 PM
**To:** Teresa Waters <twaters@Roya FarmsArena.com>
**Subject:** RE: Ba t more Conference and Prayer Meet ng - MECU Pav on - Nov 16, 2021

Good afternoon, Teresa.  Frankly, I'm shocked.  May I ask what is the text in your contract with the City that disallows your hosting our event?  Obviously, we have transferred the deposit to your bank.  We have reservations to fill over 2/3 of the Pavilion, and are on track to fill it completely.  I called you, but it went right to voice mail.  Please call me as soon as possible. (248) 829-5078.

Blessings, Carmen

## Carmen Allard

< mage011.jpg>

Development and Travel, too
St. Michael's Media

< mage009.jpg>
"Catholicism is the law of life, the life of the intelligence, the solution of all problems.  Catholicism is the truth, and everything that departs from it one iota, is disorder, deception and error."   Jua  Do oso Co tes

---

**From:** Teresa Waters <twaters@Roya FarmsArena.com>
**Sent:** Thursday, August 5, 2021 12:58 PM
**To:** Carmen A ard <carmena_ard@churchm tant.com>
**Subject:** Ba t more Conference and Prayer Meet ng - MECU Pav on - Nov 16, 2021

Good afternoon Carmen - Per our contract w th the C ty, we are no  onger ab e to host your event.

Thank you,
Teresa

## Teresa Ann Waters

Human Resources Manager/Execut ve Ass stant to Genera  Manager
Roya  Farms Arena

d:   410.347.2047
f:   410.843.9550
e:   twaters@roya farmsarena.com

201 West Ba t more Street
Ba t more, MD 21201

< mage001.jpg>

roya farmsarena.com
< mage002.png>

< mage003.png>

< mage004.png>

< mage005.png>

**Confidentiality Notice:** This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone or reply to this e-mail and delete all copies of this message.

he n orma on ransm ed by h s ema  s n ended on y or he person or en  y o wh ch  s addressed  h s ema  may con a n propr e ary, bus ness-con den a  and or pr v eged ma er a    you are no  he n ended rec p en o  h s message, be aware  ha  any use, rev ew, re ransm ss on, d s r bu on, reproduc on or any ac on aken n re ance upon h s message s s r c y proh b ed   you rece ved h s n error, p ease con ac  he sender and de e e he ma er a  rom a  compu ers

he n orma on ransm ed by h s ema  s n ended on y or he person or en  y o wh ch  s addressed  h s ema  may con a n propr e ary, bus ness-con den a  and or pr v eged ma er a    you are no  he n ended rec p en o  h s message, be aware  ha  any use, rev ew, re ransm ss on, d s r bu on, reproduc on or any ac on aken n re ance upon h s message s s r c y proh b ed   you rece ved h s n error, p ease con ac  he sender and de e e he ma er a  rom a  compu ers

**From:** Christine Niles <christineniles@churchmilitant.com>
**Sent:** Sunday, August 08, 2021 10:38 AM EDT
**To:** Mavronis, Stefanie M (Mayor's Office) <Stefanie.Mavronis@baltimorecity.gov>; Bentley, James <JBentley@baltimorecity.gov>
**CC:** Shea, James (Jim) L. <James.Shea@baltimorecity.gov>
**Subject:** PUBLIC INFORMATION REQUEST

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Hello. I am a senior producer at St. Michael's Media. Under the Maryland Public Information Act, I am requesting phone logs, emails, written communications and any other correspondence or files pertaining to St. Michael's Media/ChurchMilitant.com's agreement to book the MECU Pavilion for Nov. 16, 2021, especially the reasons for the city's cancellation of the event.

Solicitor James L. Shea in the Mayor's office communicated the cancellation to St. Michael's Media and made clear other staff had brought him reports/communications for the reasons why. We are seeking all those reports/communications, including any calls/emails/written correspondence made by outside parties expressing any concerns about St. Michael's Media/ChurchMilitant.com.

If you need further information, do not hesitate to contact me.

Respectfully,

Christine Niles
Senior Producer
St. Michael's Media
(248) 955-9153

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.