## ORDER SETTING HEARING ON
## MOTION FOR PRELIMINARY INJUNCTION

UPON CONSIDERATION of Plaintiff's Motion, the memorandum of points and authorities, the supporting declarations and exhibits, the papers and pleadings on file in this matter, and for good cause shown:

A.  The Court hereby sets the hearing for Plaintiff's Motion for Preliminary Injunction on _Sept. 30_, 2021, at _10_ (a.m.)/p.m. in Courtroom _5B_ at the United States Courthouse, 101 West Lombard Street, Baltimore, MD 21201.

B.  Further, the Court hereby sets the following briefing schedule relating to Plaintiff's Motion:

a.  Defendants shall file and serve opposition papers, if any, no later than _5 PM_ _9/23_, 2021; and

b.  Plaintiff shall file and serve its reply brief no later than _NOON_ on _9/27_, 2021.

SO ORDERED. This _14th_ day of _Sept._, 2021.

_____
UNITED STATES DISTRICT JUDGE