# EXHIBIT 3

Email Between Royal Farms
and James L. Shea

**From:** Shea, James (J m) L.
**Sent:** Thursday, August 05, 2021 10:40 AM EDT
**To:** Teresa Waters <twaters@Roya FarmsArena.com>
**CC:** Huber, M chae (Mayor's Off ce) <M chae .Huber@ba t morec ty.gov>; C ark, K mber y (BDC) <KC ark@ba t moredeve opment.com>; Harry Cann <hcann@asmg oba .com>; Bruce Hanson <bhanson@asmg oba .com>; Frank Remesch <fremesch@Roya FarmsArena.com>
**BCC:** Brown, Ash ea (Law Dept) <Ash ea.Brown@ba t morec ty.gov>; Sa sbury, Stephen <Stephen.Sa sbury@ba t morec ty.gov>
**Subject:** RE: MECU Pav on Event Cance at on By the C ty of Ba t more

The C ty s bas s for the dec s on to dec ne to prov de a forum for the event encompasses more than the prov s on you c te. P ease proceed as you have out ned. J m

---

**From:** Teresa Waters <twaters@Roya FarmsArena.com>
**Sent:** Wednesday, August 4, 2021 1:00 PM
**To:** Shea, James (J m) L. <James.Shea@ba t morec ty.gov>
**Cc:** Huber, M chae (Mayor's Off ce) <M chae .Huber@ba t morec ty.gov>; C ark, K mber y (BDC) <KC ark@ba t moredeve opment.com>; Harry Cann <hcann@asmg oba .com>; Bruce Hanson <bhanson@asmg oba .com>; Frank Remesch <fremesch@Roya FarmsArena.com>
**Subject:** MECU Pav on Event Cance at on By the C ty of Ba t more

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

*Please see the below message sent on behalf of Frank Remesch  General Manager of Royal Farms Arena and MECU Pavilion.*

Dear Mr. Shea,

Per my conversat on w th Ba t more C ty Ch ef of Staff, M chae Huber, t s ASM G oba s understand ng that the C ty of Ba t more w shes to exerc se ts r ght to deny an event at the MECU Pav on, as out ned n the contract c ause shown be ow (page 4, #11).

> 11. **Schedule of Events, Objections.** During the Term, Operator shall use good faith efforts to advise City each month during the event season as to the dates of events and the artists or users for scheduled events. Operator agrees that it will not allow any public event to be held at the Facilities which utilizes artists that have not performed at another similarly situated venue owned or operated by Live Nation. The City shall provide Operator with notice of any objections or complaints that result from a public event held at the Facilities. Prior to booking any such objectionable performer at the Facilities in future years, the Operator will provide the City with notice, at which time the City shall have 48 hours to object to such performer, and the Operator will not book such objectionable performer unless the Operator has provided assurances to the City that the issues giving rise to the objections and complaints will be addressed in a manner satisfactory to the City.

The event, Ba t more Conference and Prayer meet ng s schedu ed to be he d on November 16, 2021.  Be ow s some add t ona  nformat on regard ng th s event…

1. Pr or event – they he d th s same event n Oct 2018 – th s event was he d w thout nc dent
2. Current event – schedu ed for Nov 16, 2021 and they have begun d str but ng t ckets v a the r webs te
3. Depos t – they have pa d the r $3000 depos t for 2021
4. Ent ty – the contract s n the name of St. M chae s Med a…the r web address s https://www.churchm tant.com/
5. Contract – the contract s drafted but pend ng f na ed ts for s gnature

P ease adv se by the end of bus ness (5pm) on Thursday, August 5, 2021 f you do not w sh to cance th s event as requested by the Ch ef of Staff.  If we have not heard from your off ce by then, we sha proceed w th not fy ng the event organ zers that per our contract w th the C ty, we are no onger ab e to host the r event.

Thank you for your t me and attent on.  If you have any add t ona quest ons you can reach me on my ce at ▮▮▮▮▮▮▮▮▮ .

S ncere y,
Frank Remesch


**Teresa Ann Waters**
Human Resources Manager/Execut ve Ass stant to Genera Manager
Roya Farms Arena

d:   410.347.2047
f:   410.843.9550
e:   twaters@roya farmsarena.com

201 West Ba t more Street
Ba t more, MD 21201


roya farmsarena.com

**_Confidentiality Notice_**:  This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone or reply to this e-mail and delete all copies of this message.