# UNITED STATES DISTRICT COUNT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| ST. MICHAEL'S MEDIA, INC. | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | )     Civil Action No.: 21-cv-02337 ELH |
| THE CITY OF BALTIMORE, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of Plaintiff St. Michael's Media, Inc.'s Emergency Motion for Immediate Status Conference and for Order to Show Cause Why Defendants Should Not Be Held in Contempt [ECF 19], and after a status conference held on the record on September 21, 2021, it is this _____ day of September 2021, by the United States District Court for the District of Maryland, ORDERED:

1. That, there being no evidence presented that any Defendant violated the Temporary Restraining Order entered by this Court on September 14, 2021 [ECF 9] the Plaintiff's Motion is hereby DENIED;

2. That, Plaintiff's request that SMG/Royal Farms be required to specifically perform any alleged contract with Plaintiff is DENIED until formal consideration is given at this Court's hearing scheduled for September 30, 2021.

3. That, Plaintiff's request that this Court order the Mayor and City Council of Baltimore (the "City"), cease any communications with SMG/Royal Farms is hereby DENIED;

4.     That, Plaintiff's request that this Court order the Baltimore City Law Department to cease representation of SMG/Royal Farms is hereby DENIED;

5.     That, there is no finding that the City, nor any of its employees, representatives, affiliates, or associates, engaged in any acts of intimidation toward any party, including SMG/Royal Farms.   Therefore, Plaintiff's request that the City be enjoined from any acts that could be construed as intimidating to any party, including SMG/Royal Farms is hereby DENIED;

6.     That, SMG/Royal Farms is hereby encouraged to refrain from engaging with or booking any events for the MECU Pavilion on November 16, 2021 until after an order is entered on Plaintiff's Amended Motion for Preliminary Injunction [ECF 15].


Date:                      _____
                           The Honorable Ellen L. Hollander
                           United States District Court for the District of Maryland