UNITED STATES DISTRICT COUNT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ST. MICHAEL'S MEDIA, INC.,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )   Civil Action No.: 21-cv-02337 ELH<br>  )<br>THE CITY OF BALTIMORE, et al.,  )<br>  )<br>  Defendants.  )| |

### ORDER

Upon consideration of Plaintiff St. Michael's Media, Inc.'s Emergency Motion ~~for~~ **F**or Immediate Status Conference ~~and~~ **F**or Order to Show Cause Why Defendants Should Not Be Held in Contempt ~~"~~ [ECF 19], and after a telephone status conference held on the record on September 21, 2021, it is this 22nd day of September 2021, by the United States District Court for the District of Maryland, ORDERED:

[GLH handwritten initials in margin]

1. That, there being no evidence presented that any Defendant violated the Temporary Restraining Order entered by this Court on September 14, 2021 [ECF 9] the Plaintiff's Motion is hereby DENIED;

2. That, Plaintiff's request that SMG/Royal Farms be required to specifically perform any alleged contract with Plaintiff is DENIED, w/o prejudice, pending resolution ~~until formal consideration is given~~ of Plaintiff's Amended Motion for Preliminary Injunction (ECF 15) at this Court's hearing scheduled for September 30, 2021.

[ELH handwritten initials in margin]

3. That, Plaintiff's request that this Court order the Mayor and City Council of Baltimore (the "City"), cease any communications with SMG/Royal Farms is hereby DENIED;

4. That, Plaintiff's request that this Court order the Baltimore City Law Department to cease representation of SMG/Royal Farms is hereby DENIED, *without prejudice*;

5. That, there is no *basis at this time to* finding that the City, nor any of its employees, representatives, affiliates, or associates, engaged in any acts of intimidation toward any party, including SMG/Royal Farms. ~~Therefore, Plaintiff's request that the City be enjoined from any acts that could be construed as intimidating to any party, including SMG/Royal Farms is hereby DENIED;~~

6. That, *defendant* SMG/Royal Farms ~~is hereby encouraged to refrain from engaging~~ *shall not schedule* with or ~~booking~~ any events for the MECU Pavilion on November 16, 2021 until after ~~an order is entered on~~ *this Court resolves* Plaintiff's Amended Motion for Preliminary Injunction [ECF 15]. *In other words, Defendants shall hold available the date of November 16, 2021, for plaintiff's use, in the event plaintiff prevails with respect to ECF 15.*

Date: 9/22/21

_Ellen L. Hollander_
The Honorable Ellen L. Hollander
United States District Court for the District of Maryland