# *EXHIBIT 4*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ST. MICHAEL'S MEDIA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-02337-ELH |
| | ) |
| THE MAYOR AND CITY, | ) |
| COUNCIL OF BALTIMORE, et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF SHEREE BRISCOE**

I, Sheree Briscoe, being duly sworn, hereby state:

1. That I am over eighteen years of age and that I am competent to testify to the matters contained herein based upon knowledge.

2. I have been a sworn member of the Baltimore Police Department ("BPD") for 27 years, during which time I have held a variety of roles. My current position is Deputy Commissioner of Operations and, in that capacity, I oversee all aspects of the BPD's law enforcement operations, including special deployments to maintain public safety at large group gatherings and public functions.

3. I have been advised of the possibility of a large gathering on November 16, 2021, with attendance numbering in the thousands, at the MECU Pavilion (also known as the "Pier VI Pavilion") for the purpose of holding a protest.

4. If such an event were to occur, BPD would plan to deploy an estimated 196 personnel to ensure public safety and order at the MECU Pavilion and in the surrounding community. This estimate includes on-site sworn officers and supervisors, off-site back up and

tactical support resources, and senior leadership to oversee the operation from BPD's command center.

5. The foregoing estimate is based on my training, education and experience, including as a senior BPD official with operational responsibility for BPD's response to protest activities on multiple occasions. Consistent with BPD's standard practice, BPD would continuously reassess deployment requirements leading up to the event and adjust as necessary based on attendance projections and any other salient information.

6. Resources for any event requiring a dedicated deployment must be marshalled from BPD's sworn membership, which is currently severely understaffed by hundreds of sworn positions.

I solemnly declare under penalty of perjury that the foregoing is true and correct.

9·23·21
DATE

Sheree Briscoe
Deputy Commissioner of Operations
Baltimore Police Department