UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ST. MICHAEL'S MEDIA, INC. ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil No. 1:21-CV-02337 (ELH) |
| ) | |
| THE CITY OF BALTIMORE, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| _____ ) | |

## SMG'S MOTION IN OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION

Defendant SMG, by undersigned counsel, submits this Opposition to Plaintiff's Amended Motion for Preliminary Injunction and states as follows:

SMG joins in the opposition filed by Defendants Mayor and City Council of Baltimore, James L. Shea, and Brandon M. Scott (collectively and individually the "City") and hereby incorporates by reference the Memorandum of Law in Support of the City's Opposition to Plaintiff's Amended Motion for Preliminary Injunction.

WHEREFORE, for the reasons set forth above, SMG respectfully requests that this Honorable Court grant its Motion in Opposition to Plaintiff's Amended Motion for Preliminary Injunction and grant such further relief as the nature of this case shall require.

Dated:   September 23, 2021                           Respectfully Submitted,

/s/ *Renita L. Collins*
RENITA L. COLLINS (#28637)
Chief Solicitor
HANNA MARIE C. SHEEHAN (#19531)
Chief Solicitor
Baltimore City Law Department
100 N. Holliday Street
City Hall Baltimore, MD 21202
Phone: 410-396-3930
Fax: 410-547-1025
Renita.Collins@baltimorecity.gov
Hanna.Sheehan@baltimorecity.gov
*Counsel for Defendants Mayor and City Council of Baltimore, James L. Shea, Brandon M. Scott, and SMG*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of September 2021, SMG's *Opposition to Plaintiff's Amended Motion for Preliminary Injunction* was served via the Court's CM/ECF electronic filing system on Counsel of Record.

/s/ *Renita L. Collins*
RENITA L. COLLINS (#28637)