

**Marc J. Randazza, JD, MAMC, LLM**
Licensed in AZ, CA, FL, MA, NV

**24 September 2021**

<u>Via Email and CM/ECF</u>
Hon. Ellen L. Hollander, District Judge
101 West Lombard Street
Chambers 5B
Baltimore, MD 21201
<Karen_warren@mdd.uscourts.gov>

***Re:*** *St. Michael's Media, Inc. v. City of Baltimore et al. | 1:21-cv-02337-ELH*
*Hearing Logistics on September 30, 2021.*

Dear Judge Hollander,

I am writing regarding the upcoming hearing on September 30, 2021. I am writing on behalf of the witnesses in this matter who would like to attend, would like to offer testimony, but who will not be able to attend in person. I believe that it would be in the interest of due process that their testimony be heard by the Court. I also believe that if we limit air travel and a courtroom full of people, we are doing our part in these troubling times. Further, at this point, it has become commonplace for Courts to conduct remote hearings, or to accept remote testimony.

As it stands, the Court plans for this hearing to be in person. We understand after discussion with your Judicial Assistant that the Court does not have the technical ability to hold a hybrid style hearing including both in person and Zoom attendance – thus it must be one or the other.

After discussing the Court's COVID-19 procedures with our intended witnesses, many are not able to attend the hearing in person. Many also cannot make travel plans to attend in person. While we are working to ensure we can have as many of these witnesses as we can attend in person, it appears that all 10-15 witnesses are able to attend by phone or by other remote means.

While we understand that Zoom is not a possibility for these witnesses to attend, we write to request the ability to have our witnesses join by telephone during the hearing. We understand how important this matter is to our witnesses, and wish to try to allow them to attend in whichever way we can.

We have conferred with counsel for the Defendants, and they do not consent to the Plaintiffs calling witnesses at the hearing, at all.



It is the Plaintiff's humble request that the hearing be conducted in one of the following means:

1.  Via remote means, so that all parties may attend remotely, including witnesses.
2.  In person, with witnesses who can not attend, in person, permitted to attend by some remote means.

Given the fact that the hearing is in less than seven days, the Plaintiff humbly requests a brief status conference with Your Honor in order to discuss the limited issue of the logistics of the hearing. In the alternative, if the Court could simply decide this issue for us, and issue an order, we believe that all parties would benefit from this guidance.

In the event that your Honor wishes to allow a remote hearing or remote testimony, please know that our team is more than willing to assist in making the technical logistics work for the Court.

Sincerely,

Marc J. Randazza

cc: All Counsel of Record

encl: Proposed Order