IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. MICHAEL'S MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF BALTIMORE, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-02337-ELH <br><br> [~~PROPOSED~~] ORDER ON THE SEPTEMBER 30, 2021 HEARING   *ELH* |

Pursuant to the telephone conference held on 9/24/21, The Court orders that the hearing on September 30, 2021 at 10:00 am shall be ~~either:~~

~~A.    Conducted remotely, via zoom or via conference call,~~

~~or~~

~~B.~~    Conducted in ~~person~~ *Court*, *B*ut in the interest of due process, any witnesses who are unable to attend in person may attend via ~~phone or other remote means~~. Zoom, to the extent that the Court IT staff can facilitate the request.

Ellen R. Hollander
UNITED STATES DISTRICT JUDGE
9/24/21

- 1 -
[Proposed] Order on September 30, 2021 Hearing
1:21-cv-02337-ELH