IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ST. MICHAEL'S MEDIA, INC.,
    *Plaintiff*

v.

THE MAYOR AND CITY COUNCIL
OF BALTIMORE, *et al*.
  *Defendants.*

Civil Action No. ELH-21-2337

## ORDER

Plaintiff has filed an "Emergency Motion for Order to Show Cause Why Defendants Should Not Be Held In Contempt . . . ." ECF 48 (the "Emergency Motion"). Plaintiff also seeks, *inter alia*, to disqualify counsel for the City Defendants from also representing defendant SMG.

1) Defendants shall file a response to plaintiff's Emergency Motion by 10 a.m. on October 14, 2021;

2) The Court will hold a hearing with respect to plaintiff's Emergency Motion at 3 p.m. on October 14, 2021, in Courtroom 5B at the United States Courthouse, 101 West Lombard Street, Baltimore, MD 21201.

SO ORDERED this 13th day of October, 2021.

                                                      /s/
                                      Ellen Lipton Hollander
                                      United States District Judge