UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **ST. MICHAEL'S MEDIA, INC.** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil No. 1:21-CV-02337 (ELH) |
| | ) |
| **THE CITY OF BALTIMORE,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

**MOTION TO SEAL EXHIBIT 1 TO ECF NO. 53**

Defendants Mayor and City Council of Baltimore, Mayor Brandon M. Scott, Solicitor James L. Shea, (collectively "City Defendants"), and SMG, Inc. ("SMG"), hereby moves the Court, pursuant to Local Rule 105.11, for an Order permitting Defendants to file under seal Exhibit 1 to its Response to Plaintiff's Emergency Motion (ECF No. 53).

Defendants seek to file these documents under seal in order to retain attorney-client privilege. These documents represent confidential communications between undersigned counsel and their clients.

Accordingly, Plaintiff respectfully submits this Motion for an Order permitting it to file under seal:

(1) Exhibit 1 to ECF No. 53

A proposed Order is attached hereto.

Dated:  October 14, 2021                                    Respectfully Submitted,

/s/ *Hanna Marie C. Sheehan*
RENITA L. COLLINS (#28637)
Chief Solicitor
HANNA MARIE C. SHEEHAN (#19531)
Chief Solicitor
Baltimore City Law Department
100 N. Holliday Street
City Hall Baltimore, MD 21202
Phone: 410-396-3930
Fax: 410-547-1025
Renita.Collins@baltimorecity.gov
Hanna.Sheehan@baltimorecity.gov
*Counsel for Defendants Mayor and City Council of Baltimore, James L. Shea, Brandon M. Scott, and SMG, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2021, I caused electronic copies of the following documents:

1. Exhibit 1 to ECF No. 53
2. Notice of Filing Under Seal;
3. Motion for Leave to File Under Seal; and
4. Certificate of Service

to be served on served on all counsel of record via electronic mail.


/s/ *Hanna Marie C. Sheehan*
HANNA MARIE C. SHEEHAN (#19531)