IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ST. MICHAEL'S MEDIA, INC.,
    *Plaintiff*

v.

THE MAYOR AND CITY COUNCIL
OF BALTIMORE, *et al*.
    *Defendants.*

Civil Action No. ELH-21-2337

**ORDER**

At about 9:30 p.m. on Tuesday, October 12, 2021, the Court issued its Memorandum Opinion (ECF 45) and Order and Preliminary Injunction (ECF 46), granting plaintiff's Amended Motion for Preliminary Injunction (ECF 15) in part, and denying it in part. ECF 46. The defendants subsequently noted an appeal to the Fourth Circuit. ECF 47.

At approximately 2:06 p.m. on Friday, October 15, 2021, defendants filed in this Court a "Motion to Stay the Signing of a Contract Pending Appeal of Preliminary Injunction." ECF 61 ("Motion to Stay"). The Motion to Stay asks the Court to stay the signing of any contract between plaintiff and SMG concerning the prayer rally and conference that plaintiff seeks to hold at Pier VI on November 16, 2021, pending the City's appeal of the Court's preliminary injunction. *Id*. And, the defendants represent that they plan to seek an expedited appeal. *Id*.

Accordingly, it is this 15th day of October, 2021, by the United States District Court for the District of Maryland, hereby ORDERED that:

1) Plaintiff shall respond to the Motion to Stay by 10:00 a.m. on Monday, October 18, 2021;

2) If defendants wish to reply, they shall do so by 10:00 a.m. on Tuesday, October 19, 2021.

                                                  /s/
                                    Ellen Lipton Hollander
                                    United States District Judge