IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ST. MICHAEL'S MEDIA, INC.,
   *Plaintiff*

v.      Civil Action No. ELH-21-2337

THE MAYOR AND CITY COUNCIL
OF BALTIMORE, *et al*.
   *Defendants.*

## ORDER

The Court held a telephone hearing on October 27, 2021, at which argument was presented concerning the status of the Court's Order and Preliminary Injunction of October 12, 2021. ECF 46.

For the reasons stated by the Court during the hearing, it is this 27th day of October, 2021, ORDERED: By 5:00 p.m. on October 27, 2021, SMG shall provide to plaintiff a proposed contract regarding plaintiff's use of the MECU Pavilion on November 16, 2021.

/s/
Ellen Lipton Hollander
United States District Judge