FILED: November 3, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2158
(1:21-cv-02337-ELH)

_____

ST. MICHAEL'S MEDIA, INC.

      Plaintiff - Appellee

v.

THE MAYOR AND CITY COUNCIL OF BALTIMORE; JAMES SHEA, in his personal and official capacities; BRANDON SCOTT, in his personal and official capacities

      Defendants - Appellants

and

SMG

      Defendant

------------------------------------

FIRST AMENDMENT LAWYERS ASSOCIATION

      Amicus Supporting Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to this appeal, the court affirms the district court's order and opinion.

Upon consideration of submissions relative to appellants' motions for expedited decision and stay pending appeal and appellee's motion to modify the briefing order, the court denies the motions as moot.

Entered at the direction of Judge Floyd with the concurrence of Judge Niemeyer and Judge Agee.

                      For the Court

                      /s/ Patricia S. Connor, Clerk