IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. MICHAEL'S MEDIA, INC.,<br>    *Plaintiff* | |
| v. | Civil Action No. ELH-21-2337 |
| THE MAYOR AND CITY COUNCIL<br>OF BALTIMORE, *et al*.<br>  *Defendants.* | |

## ORDER

On November 3, 2021, plaintiff St. Michael's Media, Inc. filed a "Motion to Enforce Injunction." ECF 89 (the "Motion"). Counsel for plaintiff subsequently informed the Court that the contract has been signed and the Motion is moot. Accordingly, the Motion is DENIED, as moot.

Similarly, plaintiff's "Motion to Enforce Preliminary Injunction" filed on October 29, 2021 (ECF 82), is also DENIED as moot.

SO ORDERED this 4th day of November, 2021.

                              /s/
                    Ellen Lipton Hollander
                    United States District Judge