FILED: November 13, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2206
(1:21-cv-02337-ELH)

_____

ST. MICHAEL'S MEDIA, INC.

  Plaintiff - Appellant

v.

MAYOR AND CITY COUNCIL OF BALTIMORE; JAMES SHEA, in his personal and official capacities; BRANDON SCOTT, in his personal and official capacities

  Defendants - Appellees

 and

SMG

  Defendant

-------------------------------

FIRST AMENDMENT LAWYERS ASSOCIATION

  Amicus Supporting Appellant

_____

O R D E R

_____

Upon review of the arguments presented in the briefs and motion papers

filed on appeal, the court affirms the district court's October 12, 2021, order concerning the security bond and dismisses St. Michael's challenge to the denial of a preliminary injunction as moot.

 Entered at the direction of Judge Floyd with the concurrence of Judge Niemeyer and Judge Agee.

        For the Court

        <u>/s/ Patricia S. Connor, Clerk</u>