# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. MICHAEL'S MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE MAYOR AND CITY COUNCIL OF BALTIMORE, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-02337-ELH <br><br> [~~PROPOSED~~] ORDER *ELH* |

Upon consideration of Plaintiff's Motion to Release Temporary Restraining Order Bond and Preliminary Injunction Bond ("Plaintiff's Motion"), and for good cause shown, *and no opposition having been filed: ELH*

The Court takes notice that the Prayer Rally at issue in this Court's Temporary Restraining Order and Preliminary Injunction has now concluded and ~~finds that the~~ Defendants in this action *make no claim that they* suffered ~~no~~ harm of any type that would warrant any action being taken against the bonds required by either order.

Therefore, IT IS ORDERED that Plaintiff's Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk of this Court shall release the $250.00 Temporary Restraining Order bond paid into the Court's registry to counsel of record for Plaintiff at Randazza Legal Group, PLLC.

IT IS FURTHER ORDERED that the $250,000.00 Preliminary Injunction bond is unconditionally released from any obligation.

SO ORDERED this *9th* day of *December* 2021.

*Ellen L. Hollander*
Ellen Lipton Hollander
United States District Judge