# EXHIBIT 1

**Collins, Renita (Law Dept)**



**From:** Bruce Hanson
**Sent:** Thursday, October 21, 2021 2:39 PM
**To:** Marc Randazza <mjr@randazza.com>; Michael Voris <michaelvoris@churchmilitant.com>
**Cc:** fremesch@RoyalFarmsArena.com
**Subject:** Pier VI

Marc/Michael—Understanding that this matter remains in litigation, SMG is in the process of reviewing contracting requirements for your proposed event, in order to be prepared to comply with the outcome of the court proceedings.  I wanted to reach out to advise you of two concerns that have arisen.

First, the contract would include industry-standard provisions obligating St. Michael's Media to pay security costs, including but not limited to any police costs incurred by the event.  We have made inquiries about whether such costs will be generated by the event and will pass that information on to you when received, and also would collect upfront payment for the estimated amount of such costs, any excess to be refunded after the event.  We will advise as we receive additional information about our inquiries and projected costs.

Second, we have forwarded Judge Holland's memorandum dated October 12, 2021 to our risk management, who reviewed it and conferred with an outside expert.  We are advised to require comprehensive general liability coverage in a minimum amount of $10M for this event, reserving to right to increase the amount up to $25M as events unfold.  Given the proximity of the proposed event date, delivery of such insurance will be required prior to the effectiveness of any event contract.

I emphasize that the above is not a commitment to contract or otherwise move forward with your event, but is simply to keep you apprised of these current developments.

**BRUCE HANSON**
Senior Vice President and General Counsel

**ASM GLOBAL**
+1 610.729.7902 Office
+1 267.978.6193 Mobile
bhanson@asmglobal.com
asmglobal.com
300 Conshohocken State Rd., Suite 770
West Conshohocken, PA 19428 (USA)

Notice: This email may contain confidential and/or proprietary information and is intended only for the use of the Individual(s) or

1

entity(ies) named above. Any unauthorized use, dissemination, or copying of this email is strictly prohibited if you are not the intended recipient of this email. If you have received this email in error, notify the sender by replying to this message and delete the email from your system. When responding to this communication, remember that it could be lost in transit and viewed by a party other than the addressee.