# EXHIBIT 2

```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
                         NORTHERN DIVISION

ST. MICHAEL'S MEDIA, INC., )
                           )
     vs.                   )   CIVIL CASE NO. 21-cv-2337-ELH
                           )
THE MAYOR AND CITY COUNCIL )
OF BALTIMORE, et al ,      )
                           )
     Defendants.           )
_____)


                       October 22, 2021
                        Teleconference
                      Baltimore, Maryland

                  TELEPHONIC STATUS CONFERENCE


BEFORE:   THE HONORABLE ELLEN L. HOLLANDER, Judge




For the Plaintiff:

Marc Randazza, Esquire


For the Defendant:

Renita L. Collins, Esquire
Hanna Marie Sheehan, Esquire

Also Present:

Christine Niles
Gary Michael Voris
_____

                        Reported by:
                 Nadine M. Bachmann, RMR, CRR
                Federal Official Court Reporter
                101 W. Lombard Street, 4th Floor
                   Baltimore, Maryland  21201
                        410-962-4753
```

P R O C E E D I N G S

**THE COURT:** Good afternoon, everyone. Let me start by informing everyone on the call that I do have a court reporter who is transcribing what will be discussed. So let me start with plaintiff and ask who is on the line for plaintiff.

**MR. RANDAZZA:** Your Honor, Mark Randazza is here. Mr. Wachen is at a previously scheduled doctor's appointment. He'll jump on as soon as he can.

**THE COURT:** Okay. Anyone else with you?

**MR. RANDAZZA:** I did give the number to my client to call in and just listen. I'm not aware if they've called in or not, but no one else speaking.

**THE COURT:** Anybody on the call for plaintiffs? Please identify yourselves if you're on the line.

**MS. NILES:** Christine Niles, senior producer.

**MR. VORIS:** And Michael Voris.

**THE COURT:** Okay. And for the Mayor and City Council of Baltimore?

**MS. COLLINS:** Renita L. Collins is present.

**MS. SHEEHAN:** Hanna Marie Sheehan is present too, Your Honor.

**THE COURT:** Okay. Anybody else with the city?

**A VOICE:** No, Your Honor.

**THE COURT:** Okay. Well I thought it best to have a conference. Mr. Randazza has been contacting chambers and I

1   really can't communicate that way, so it seemed appropriate to
2   schedule something.
3           One inquiry I had is whether the Court would be
4   issuing some kind of scheduling order or case management
5   order.  And the answer is no because the case is on appeal and
6   I believe my jurisdiction to do anything is pretty narrow at
7   this point. So I have no intention of issuing any case
8   management order.
9           I am interested in finding out what the status is.
10  There's been both an appeal and a cross appeal. So to the
11  extent that there's any issue that -- one that the Court can
12  consider, I'd be interested in hearing what the parties'
13  perspectives are as to what those issues might be and then
14  what the requests are.
15          **MS. COLLINS:**  Your Honor, this is Renita Collins for
16  defendant. We believe that at this point all aspects of your
17  preliminary injunction order have been appealed.  Either the
18  original appeal filed by the city defendants, or the cross
19  appeal filed by plaintiffs.  So we don't think that there's
20  any part of the case that's still with you with respect to
21  after the cross appeal was filed.
22          **THE COURT:**  Except would you agree that I have the
23  authority to enforce my injunction?
24          **MS. COLLINS:**  Oh, of course.
25          **THE COURT:**  Okay. Well, I still have that authority

Case 1:21-cv-02337-ELH   Document 102-2   Filed 12/14/21   Page 5 of 5

37

**CERTIFICATE OF OFFICIAL REPORTER**

I, Nadine M. Bachmann, Certified Realtime Reporter and Registered Merit Reporter, in and for the United States District Court for the District of Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that the foregoing is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 5th day of December, 2021.

-S-

_____

NADINE M. BACHMANN, CRR, RMR
FEDERAL OFFICIAL COURT REPORTER