# EXHIBIT 3

1

```
1                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF MARYLAND
2                              NORTHERN DIVISION

3


4
     ST. MICHAEL'S MEDIA, INC.
5        Plaintiff
              v.                              CIVIL CASE NO.
6                                             ELH-21-2337
     MAYOR AND CITY COUNCIL
7    OF BALTIMORE, ET AL.,
         Defendants
8    _____/

9


10                         (TELEPHONIC HEARING)
                       Wednesday, October 27, 2021
11                          Baltimore, Maryland

12
     Before:  Honorable Ellen L. Hollander, Judge
13


14   Appearances:
             On Behalf of the Plaintiff:
15             Marc J. Randazza, Esquire
               David S. Wachen, Esquire
16
             On Behalf of the Defendants:
17             Renita L. Collins, Esquire
               Hanna M. C. Sheehan, Esquire
18
             Also Participating:
19             Bruce Hanson, Esquire
               Michael Voris
20


21


22   ----------------------------------------------------------------
                              Reported By:
23                      Mary M. Zajac, RPR, FCRR
                    Fourth Floor, U.S. Courthouse
24                     101 West Lombard Street
                       Baltimore, Maryland 21201
25
```

1    But I thought that, as I said, the parties contemplated
2  the written executed document.  But there were, as Mr. Remesch
3  said when we had the contempt hearing -- I realized he is not the
4  final word, but he does hold a very responsible position for SMG
5  -- and from his perspective, it seemed that the terms pretty much
6  had been ironed out.
7    MS. COLLINS:  Yes.
8    THE COURT:  So now here we are with new terms.  And
9  they're not just new terms.  Obviously, there's a need for a term
10 that Mr. Voris proposed, which is what I relied on, if you will,
11 in saying you didn't need a stay because St. Michael's was
12 willing to rescind the contract if you win on appeal.  But that
13 was sort of a, not a very real concern.
14    Then beyond that, there's a financial impediment that's
15 now surfaced and it is troubling to me.  So I think I would like
16 to hear from someone about what could possibly justify going from
17 a request for 2 million in insurance, which St. Michael's had
18 obtained, to now 25 million.
19    MR. HANSON:  Your Honor, I'm Bruce Hanson.
20    THE COURT:  Yes, Mr. Hanson.
21    MR. HANSON:  I'm happy to jump in here and sort of
22 explain to you how the commercial negotiation has been
23 progressing and how we got to where we are.
24    So, first of all, I just want to agree with the point
25 that Ms. Collins made, which is the City has not been involved in

1 any way, shape, or form with this insurance issue. This is
2 strictly from SMG's Risk Management Office and on the advice of
3 our broker.
4     When we -- you know, I guess stepping back. SMG did an
5 event with the same entity several years ago, and at that time it
6 was a, you know, there were a couple hundred attendees. It was
7 peaceful. It was not controversial.
8     When we, I should say when I received a copy of Your
9 Honor's opinion, your October 12th opinion, and read through it,
10 I realized that the event that was described in that opinion was
11 not the same event that occurred in 2018.
12     We went from 200 people to 3,000 people. We went
13 from --
14     THE COURT: Let me correct you there because the
15 testimony was 900 to 1,000 people, actually. And I have that in
16 the opinion, Mr. Hanson.
17     MR. HANSON: Okay.
18     THE COURT REPORTER: I'm sorry. This is the court
19 reporter. Could people who are not speaking please mute?
20     THE COURT: Yes. Thank you.
21     MR. RANDAZZA: Thank you.
22     MR. HANSON: Yes.
23     THE COURT: Okay.
24     MR. HANSON: I've saw in there about 3,000. I don't
25 know if anybody knows what the exact attendance is going to be.

1   But, clearly, it's going to be more than the 200 prayer
2   attendees.
3           THE COURT:  Okay.  But that's what I'm trying to say.
4   That is not accurate.  What I had said in the opinion was the
5   testimony was in actuality about 900 people, although I think
6   there was a circulated number from the City perhaps that it was a
7   few hundred people.  The testimony was that it was actually 900
8   to about 1,000, and the anticipated number for this was
9   substantially more, 3,000, although as the time progresses it's
10  not likely, it would seem to me.
11          MR. HANSON:  Yeah.  I'm just referring to Page 17 where
12  it talks about over 2000 reservations and further emails were
13  referenced, and 3,000 --
14          THE COURT:  I'm focusing on what you said about last
15  time.
16          MR. HANSON:  Oh, oh.
17          THE COURT:  That was it.
18          MR. HANSON:  Yeah.  So my understanding was the last
19  time it was a much smaller event.
20          THE COURT:  It definitely was smaller.
21          MR. HANSON:  And character-wise, we went from, you
22  know, a prayer meeting to what really seems to me to be more of a
23  political meeting.  And we also went from a peaceful event to
24  something that, you know, I think could engender protests given
25  the world we live in these days.

1      So what I did was I took the agreement, I flipped it
2 over to our risk manager.  I said -- not the agreement.  I took
3 Your Honor's opinion and sent to our risk manager and said, what
4 do you think the insurance for this event should be posted by the
5 event promoter?
6      Let me just sort of back up.  You know, we do these
7 agreements in connection with any event that we hold at a
8 facility.  It's the agreements that allocates the risk,
9 basically, between the event promoter and us.  And our position
10 always is that enough insurance has to be posted to protect both
11 SMG and the owner from any, you know, untoward incident that
12 would occur as a consequence of the events, and the promoter is
13 the one asking permission to use the building.
14      If they don't post enough insurance, the insurer,
15 unfortunately in most cases, ends up being us.
16      So, you know, when we asked for insurance, it comes
17 down to an issue of who's going to back up this thing and who's
18 going to be the ultimate insurer of the safety and the lack of
19 liability arising from the event.
20      So, going back to what I was saying earlier.  I sent
21 Your Honor's opinion to our risk manager.  He looked at it.  We
22 decided that we should get an outside opinion, which is a broker,
23 which is Marsh USA.  We sent the same opinion to them.  They read
24 through it and came back to us and said -- I have an email from
25 her here.  An event of this type would suggest 25 million, but 10

1   million at the very minimum.  Which I think doesn't strike me as
2   a ridiculous suggestion, frankly.
3            We can very easily get to a 10 million dollar claim
4   just on one or two injuries at an event, unfortunately.
5            So I sent an email to Mr. Randazza and to Mr. Voris.  I
6   didn't say that we were requiring 25 million in insurance.  What
7   I said is we were requiring 10 million currently and reserve the
8   right to ask for up to 25 million, echoing what our broker had
9   told us.
10           So that's where all that came from.
11           THE COURT:  Okay.  I'm sorry.  Go ahead.
12           MR. HANSON:  So, essentially, that's where all that
13  came from.  We're trying to protect ourselves and the City from
14  an event that, you know, frankly checks a number of boxes for
15  events that have an increased risk of liability.  And that would
16  be a political event, whenever protests are possible, and an
17  event that might require additional security.
18           THE COURT:  And I don't want to inquire into
19  conversations, and I don't want to get involved in the
20  negotiations, just to be clear.  I do think under the umbrella of
21  my injunction I have the power to enforce it.  So that's why I'm
22  concerned about all these issues.
23           Where are you with the plaintiff in terms of 10 million
24  seems to me to be markedly different from 25 million?  Is that
25  the only issue left?

## REPORTER'S CERTIFICATE

I, Mary M. Zajac, do hereby certify that I recorded stenographically the proceedings in the matter of St. Michael's Media v. The Mayor and City Council of Baltimore, City, et al., Case Number(s) ELH-21-2337, on October 23, 2021.

I further certify that the foregoing pages constitute the official transcript of proceedings as transcribed by me to the within matter in a complete and accurate manner.

In Witness Whereof, I have hereunto affixed my signature this _____ day of _____, 2021.

\_\_\_\_\_/S/_____
Mary M. Zajac,
Official Court Reporter