# EXHIBIT 4

1

1

2                          IN THE UNITED STATES DISTRICT COURT
                           FOR THE DISTRICT OF MARYLAND
3                                 NORTHERN DIVISION

4

5        ST. MICHAEL'S MEDIA, INC.
             Plaintiff
6                   v.                              CIVIL CASE NO.
                                                    ELH-21-2337
7        MAYOR AND CITY COUNCIL
         OF BALTIMORE, ET AL.,
             Defendants
8        _____/

9

10                           (TELEPHONIC HEARING)
                          Friday, October 29, 2021
11                           Baltimore, Maryland

12       Before:  Honorable Ellen L. Hollander, Judge

13

14       Appearances:
                 On Behalf of the Plaintiff:
                  David S. Wachen, Esquire
15

16               On Behalf of the Defendants:
                  Renita L. Collins, Esquire
17                Hanna M. C. Sheehan, Esquire

18               Also Participating:
                  Bruce Hanson, Esquire
19                Daniel Schwartz
                  Michael Voris

20

21       ------------------------------------------------------------------
                           Reported By:
22                   Mary M. Zajac, RPR, FCRR
                  Fourth Floor, U.S. Courthouse
23                 101 West Lombard Street
                   Baltimore, Maryland 21201
24

25

22

1      aggregate.  So it's a total of three million for the aggregate.

2              When I embarked on the request to secure additional

3      coverage, and as an independent agent, though, we go to the

4      brokers and they in turn seek out all these other excess surplus

5      line companies that are in that speciality market.  And they had

6      given me an indication, Judge, that, yes, we can secure 10

7      million, but that was without any kind of pricing commitment or

8      whatever, you know.  Give us the application, give us all the

9      facts, and we'll pursue this for you.

10             So on that basis I did indicate to Michael Voris that

11     there's an indication that we can give the additional coverage, I

12     don't know what the price will be at this point in time.  And I

13     was successful in getting some early quotes, not all the way up

14     to 10 million.  I got something less than that.  We got all the

15     way up to 8, but it was getting very expensive.  Very, very

16     expensive.

17             And I had a valid quote on Monday that went away that

18     same day after there was some further underwriting, for a lot of

19     reasons I'm not even privy to.  But the rug was pulled out from

20     the original valid quote that might have got us up to 8 million,

21     with additional insurance companies involved.  And so I had to go

22     back to the drawing board.  And this is where we're at now.

23             And I just would like to hopefully see the meeting of

24     the minds to realize that two million for these special events,

25     and I've been doing this since 1972, most of the time when I'm

32

1    described in your opinion.

2              THE COURT:  Okay.

3              MR. HANSON:  But looking in your opinion, what deals

4    with what happens next week or the week after.  So I don't want

5    to take the keys out of the hands of our general manager who's

6    going to be on the ground and responsible for this event.

7              THE COURT:  Well, I think with that concession maybe

8    the two sides can come to an agreement.

9              With respect to the issue of the insurance, I feel my

10   hands are tied.  Except, Mr. Hanson, I can't, I can't be involved

11   in negotiations, but the suggestion was made that maybe you would

12   offset the, lower the price so they can use that money to get

13   this insurance, which is extremely expensive.  I mean, at some

14   point it does become so expensive you can't possibly expect them

15   to have this event.  They're not charging like big admission

16   fees.

17             MR. WACHEN:  We're not charging, we can't charge any

18   admission.

19             THE COURT:  I know.

20             MR. HANSON:  So, I don't know the answer, Your Honor,

21   as to what portion of that fee is, goes to overhead and expense

22   and whether there's any room in there.  But I can ask that.

23             THE COURT:  So can we just have an understanding that

24   the two sides are going to confer again?

25             I will tell you what my schedule is.  I am starting a

44

1

2

3

4                    REPORTER'S CERTIFICATE

5

6          I, Mary M. Zajac, do hereby certify that I recorded

7    stenographically the proceedings in the matter of St. Michael's

8    Media v. Mayor and City Council of Baltimore, et al., Case

9    Number(s) ELH-21-2337, on October 29, 2021.

10          I further certify that the foregoing pages constitute

11   the official transcript of proceedings as transcribed by me to

12   the within matter in a complete and accurate manner.

13          In Witness Whereof, I have hereunto affixed my

14   signature this _____ day of _____, 2021.

15

16

17

18                         _____/S/_____
                           Mary M. Zajac,
19                         Official Court Reporter

20

21

22

23

24

25