# EXHIBIT 5

```
                                                                    1


1                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF MARYLAND
2                             NORTHERN DIVISION

3


4
     ST. MICHAEL'S MEDIA, INC.
5        Plaintiff
             v.                                  CIVIL CASE NO.
6                                                ELH-21-2337

     THE MAYOR AND CITY COUNCIL
7    OF BALTIMORE, ET AL.,
         Defendants
8    _____/

9


10                       (TELEPHONIC HEARING)
                     Tuesday, November 2, 2021
11                        Baltimore, Maryland

12
     Before:  Honorable Ellen L. Hollander, Judge
13


14
     Appearances:
15          On Behalf of the Plaintiff:
             Marc J. Randazza, Esquire
16           David S. Wachen, Esquire

17          On Behalf of the Defendants:
             Renita L. Collins, Esquire
18           Hanna M. C. Sheehan, Esquire

19          Also Participating:
             Bruce Hanson, Esquire
20


21


22   -------------------------------------------------------------
                          Reported By:
23                 Mary M. Zajac, RPR, FCRR
                 Fourth Floor, U.S. Courthouse
24                 101 West Lombard Street
                   Baltimore, Maryland 21201
25
```

1   public?

2          (No response.)

3          THE COURT:  Okay.  I got a call, not me personally, my office, from someone in Mr. Randazza's office.  Yesterday I was on the bench all day picking a jury, just as I told you.  And honestly, I don't know what to say about how many hearings we're going to have on this matter.  The only reason I'm convening the hearing is I think it concerns the injunction for which I believe I still have jurisdiction.  Short of that, based on the appeal, I think my authority is limited.

          I don't know what the issue is today.  I have nothing in writing from either Mr. Randazza or his colleague.  So, Mr. Randazza, why don't you set the table for us?

          MR. RANDAZZA:  Your Honor, I am delighted to tell you that there is very little on the table.  The parties appear to have a full meeting of the minds on modifying some terms to make everyone happy.  The only thing that we are left with is that it appears that SMG is continuing to require a contractual clause that I believe really requires us to give up all the rights that we earned in the preliminary injunction.

          We have made a suggestion to change that so that if there's any circumstances beyond what exists at the time of signing or what has already been argued in court causes them in good faith to conclude that there's a safety issue, we would like them to, prior to trying to cancel the event, to contact us,

## $

**$5,000** [1] - 4:21

## /

**/S** [1] - 24:18

## 1

**10** [1] - 22:16
**101** [1] - 1:24
**12** [1] - 4:15
**16th** [1] - 17:13

## 2

**2** [3] - 1:10, 4:15, 24:9
**2018** [2] - 5:20, 7:16
**2021** [3] - 1:10, 24:9, 24:14
**21201** [1] - 1:24
**2:02** [1] - 2:1
**2:34** [1] - 23:3

## 3

**37** [1] - 9:17

## A

**able** [1] - 21:16
**accurate** [2] - 9:15, 24:12
**active** [1] - 11:9
**actively** [2] - 4:12, 4:15
**add** [1] - 8:21
**added** [4] - 7:25, 8:23, 9:2, 19:24
**additional** [1] - 11:25
**additionally** [1] - 12:3
**address** [1] - 6:24
**advance** [2] - 20:25, 21:1
**advancing** [1] - 6:16
**advocate** [1] - 5:23
**affixed** [1] - 24:13
**afternoon** [1] - 2:2
**agents** [1] - 11:8
**ago** [4] - 4:24, 8:25, 9:1, 9:17
**agree** [5] - 7:21, 12:11, 13:8, 13:14, 20:8
**agreed** [4] - 4:18, 4:20, 4:21, 5:16
**agreement** [2] - 7:18

**ahead** [1] - 18:6
**AL** [1] - 1:7
**alleged** [1] - 9:24
**allegedly** [1] - 4:22
**allow** [2] - 4:2, 21:10
**amicii** [2] - 18:9, 18:12
**amount** [2] - 4:20, 6:4
**AND** [1] - 1:6
**animosity** [1] - 8:11
**announced** [1] - 12:4
**answer** [2] - 11:18, 21:3
**anticipate** [1] - 15:7
**anticipating** [1] - 14:15
**anyway** [1] - 16:17
**apologize** [1] - 7:9
**appeal** [1] - 3:9
**appear** [1] - 3:15
**Appearances** [1] - 1:14
**appreciate** [3] - 6:8, 6:17, 6:20
**appropriate** [1] - 22:5
**arbiter** [1] - 5:11
**argue** [1] - 11:21
**argued** [1] - 3:23
**argument** [4] - 6:2, 11:9, 13:23, 17:25
**arguments** [3] - 8:11, 18:20, 18:22
**assembly** [1] - 11:6
**assistance** [2] - 4:7, 4:11
**attempt** [2] - 5:10, 22:3
**attorneys** [1] - 5:5
**audience** [1] - 12:20
**authority** [1] - 3:10
**available** [2] - 17:20, 22:19
**avoid** [1] - 10:10
**aware** [1] - 4:14

## B

**ball** [1] - 15:8
**balls** [1] - 6:20
**BALTIMORE** [1] - 1:7
**Baltimore** [3] - 1:11, 1:24, 24:8
**based** [1] - 3:9
**bear** [1] - 17:21
**became** [1] - 6:12
**become** [1] - 6:6
**becomes** [1] - 17:14
**beforehand** [2] - 10:3, 13:5
**beg** [1] - 22:2
**beginning** [1] - 18:20
**behalf** [3] - 2:19, 4:8, 18:8
**Behalf** [2] - 1:15, 1:17

**behavior** [2] - 7:23, 9:22
**belief** [1] - 21:23
**bench** [2] - 3:5, 16:7
**bent** [1] - 12:13
**best** [2] - 22:12, 22:19
**better** [2] - 14:19, 15:3
**between** [4] - 5:9, 10:3, 12:25, 17:1
**beyond** [3] - 3:22, 6:12, 9:23
**binding** [2] - 6:3, 7:18
**blame** [1] - 15:16
**bond** [1] - 15:2
**bought** [1] - 11:25
**brief** [4] - 18:8, 18:10, 18:14, 18:15
**bring** [1] - 19:5
**Bruce** [5] - 1:19, 2:19, 7:12, 9:14, 22:22
**burden** [1] - 16:11
**busy** [1] - 16:8

## C

**cancel** [9] - 3:25, 4:4, 7:22, 9:20, 12:24, 13:21, 14:5, 17:4, 22:10
**canceled** [6] - 12:21, 14:8, 15:5, 16:3, 17:7, 21:19
**cancellation** [1] - 6:23
**cancellations** [2] - 15:17, 15:21
**capable** [1] - 5:5
**cart** [1] - 19:20
**case** [4] - 15:3, 17:14, 17:17, 17:19
**CASE** [1] - 1:5
**Case** [1] - 24:8
**cases** [1] - 22:21
**Cassie** [1] - 2:9
**caused** [2] - 15:22, 15:24
**causes** [2] - 3:23, 9:24
**cents** [1] - 15:4
**certain** [1] - 14:7
**certainly** [7] - 6:8, 12:11, 15:6, 16:1, 16:4, 20:2, 20:11
**CERTIFICATE** [1] - 24:4
**certify** [2] - 24:6, 24:10
**chambers** [1] - 5:1
**change** [5] - 3:21, 7:24, 8:7, 8:24, 13:19
**changed** [5] - 7:23, 8:24, 9:22, 11:15, 12:6
**Christine** [1] - 2:13
**Circuit** [3] - 13:23,

17:10, 17:24
**circumstances** [5] - 3:22, 7:24, 8:8, 8:24, 9:22
**CITY** [1] - 1:6
**City** [11] - 2:19, 5:2, 6:1, 6:4, 9:24, 11:7, 14:18, 14:19, 15:2, 15:16, 24:8
**City's** [2] - 13:22, 16:23
**CIVIL** [1] - 1:5
**claim** [2] - 7:18, 11:6
**class** [1] - 20:9
**clause** [11] - 3:18, 5:24, 6:18, 8:20, 11:1, 11:12, 11:14, 11:22, 12:2, 19:25, 21:6
**clear** [3] - 14:9, 19:8, 21:22
**colleague** [3] - 2:7, 2:8, 3:12
**collect** [1] - 6:13
**Collins** [8] - 1:17, 2:18, 4:8, 5:22, 5:23, 18:3, 18:7, 19:1
**COLLINS** [10] - 2:18, 4:8, 18:3, 18:7, 18:13, 18:18, 19:1, 19:14, 20:18, 23:1
**Columbus** [1] - 14:23
**coming** [5] - 6:20, 9:7, 10:20, 10:24, 12:18
**commend** [1] - 10:18
**comment** [1] - 8:19
**commercial** [1] - 5:8
**commercially** [2] - 4:19, 22:11
**committed** [1] - 12:18
**complete** [1] - 24:12
**completely** [1] - 12:5
**concept** [1] - 6:9
**concern** [1] - 16:5
**concerned** [3] - 10:19, 15:5, 15:20
**concerns** [2] - 3:8, 19:5
**concert** [1] - 11:10
**conclude** [3] - 3:24, 7:25, 9:25
**concluded** [1] - 22:25
**conclusion** [1] - 23:3
**confer** [6] - 13:5, 20:4, 20:7, 21:9, 21:10
**conference** [6] - 2:10, 4:14, 5:2, 5:18, 10:13, 10:16
**conferring** [2] - 13:10, 21:12
**confused** [1] - 5:6
**connotes** [1] - 13:10
**considered** [1] - 6:3
**constitute** [1] - 24:10

**contact** [5] - 3:25, 10:2, 21:3, 21:19, 22:3
**contacted** [2] - 4:10, 5:1
**contempt** [1] - 11:19
**context** [1] - 15:2
**continues** [1] - 13:21
**continuing** [1] - 3:18
**contract** [24] - 4:16, 5:3, 5:6, 5:8, 5:12, 5:14, 5:18, 5:19, 5:20, 5:21, 5:25, 6:2, 11:11, 11:15, 12:2, 12:7, 13:9, 16:1, 19:6, 19:9, 20:9
**contracts** [1] - 7:15
**contractual** [2] - 3:18, 8:17
**contribute** [1] - 4:21
**control** [1] - 8:3
**convening** [1] - 3:7
**conversation** [1] - 6:8
**corner** [1] - 13:13
**cost** [2] - 6:11, 6:17
**Council** [1] - 24:8
**COUNCIL** [1] - 1:6
**counsel** [1] - 8:13
**counter** [1] - 16:24
**counter-protesters** [1] - 16:24
**countersigned** [1] - 7:19
**country** [1] - 17:18
**couple** [1] - 22:20
**course** [3] - 15:6, 16:15, 20:25
**COURT** [42] - 1:1, 2:2, 2:12, 2:17, 2:21, 2:25, 3:3, 5:22, 7:1, 7:3, 7:8, 8:19, 9:4, 9:7, 10:6, 11:3, 11:21, 12:1, 12:9, 13:7, 14:7, 14:13, 15:11, 15:24, 17:9, 18:4, 18:12, 18:17, 18:20, 19:3, 19:12, 19:16, 19:24, 20:6, 20:17, 20:20, 21:18, 22:5, 22:8, 22:14, 22:17, 22:24
**court** [14] - 2:3, 3:23, 4:1, 6:21, 7:8, 8:15, 9:8, 10:20, 10:25, 11:18, 17:7, 18:4, 20:13
**Court** [10] - 4:11, 4:16, 5:11, 7:11, 10:16, 17:3, 17:6, 21:20, 22:2, 24:19
**Court's** [1] - 20:15
**courtesy** [1] - 16:2
**Courthouse** [1] - 1:23
**crystal** [1] - 15:8
**curious** [1] - 18:23
**Curran** [1] - 2:9