# EXHIBIT 6

FILED: November 13, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-2206
(1:21-cv-02337-ELH)

ST. MICHAEL'S MEDIA, INC.

        Plaintiff - Appellant

v.

MAYOR AND CITY COUNCIL OF BALTIMORE; JAMES SHEA, in his personal and official capacities; BRANDON SCOTT, in his personal and official capacities

        Defendants - Appellees

 and

SMG

        Defendant

------------------------------

FIRST AMENDMENT LAWYERS ASSOCIATION

        Amicus Supporting Appellant

O R D E R

Upon review of the arguments presented in the briefs and motion papers

filed on appeal, the court affirms the district court's October 12, 2021, order concerning the security bond and dismisses St. Michael's challenge to the denial of a preliminary injunction as moot.

    Entered at the direction of Judge Floyd with the concurrence of Judge Niemeyer and Judge Agee.

                           For the Court

                           /s/ Patricia S. Connor, Clerk