# EXHIBIT 7

# Collins, Renita (Law Dept)

| | |
|---|---|
| **From:** | Bruce Hanson <bhanson@asmglobal.com> |
| **Sent:** | Tuesday, November 23, 2021 4:58 PM |
| **To:** | Randazza Marc John |
| **Cc:** | Collins, Renita (Law Dept); Sheehan, Hanna (Law Dept); David S. Wachen - HCH Legal, LLC (david@wachenlaw.com) |
| **Subject:** | RE: Amending the complaint to include SMG as a full defendant |
| **Attachments:** | FW: Baltimore Event |

**CAUTION:**  This email originated from outside of Baltimore City IT Network Systems.
**Reminder:**  DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

See attached.

**From:** Randazza Marc John <mjr@randazza.com>
**Sent:** Tuesday, November 23, 2021 4:01 PM
**To:** Bruce Hanson <bhanson@asmglobal.com>
**Cc:** Collins, Renita (Law Dept) <Renita.Collins@baltimorecity.gov>; Sheehan, Hanna (Law Dept) <Hanna.Sheehan@baltimorecity.gov>; David S. Wachen - HCH Legal, LLC (david@wachenlaw.com) <david@wachenlaw.com>
**Subject:** Re: Amending the complaint to include SMG as a full defendant

**CAUTION:** EXTERNAL EMAIL

We will agree to it being AEO unless I get your permission otherwise.

Of course, if we do not settle things, I would seek it in discovery anyhow.  But, if for the sake of us deciding whether or not to include the fraud claim, I agree — it will be looked at by me and Mr. Wachen.  We may *describe* it to Mr. Voris, but will not give it to him.  And, we will admonish him that even the description shall not be used for any other purpose.

While you're considering that, all defendants should recall that we did reach out in the hope of settling the entire case without having to file an amended complaint.  Accordingly, if the silence on that was not intentional, this might be a good time to break that silence.

_____

**Marc John Randazza, JD, MAMC, LLM**\* | **Randazza Legal Group**
2764 Lake Sahara Drive, Suite 109| Las Vegas, NV 89117
Tel: 702-420-2001 | Email: mjr@randazza.com
Firm Offices - Las Vegas | Miami | New England

_____

1

* Licensed to practice law in Arizona, California, Florida, Massachusetts, and Nevada.

On Nov 23, 2021, at 14:57, Bruce Hanson <bhanson@asmglobal.com> wrote:

If you can agree that it will be used for this limited purpose only, there will be no waiver of attorney client-privilege, work product or other applicable privileges, and no one will reach out to our contact at Marsh without my prior consent (in which case I would involve their legal).

**From:** Marc Randazza <mjr@randazza.com>
**Sent:** Tuesday, November 23, 2021 3:38 PM
**To:** Bruce Hanson <bhanson@asmglobal.com>
**Cc:** Collins, Renita (Law Dept) <Renita.Collins@baltimorecity.gov>; Sheehan, Hanna (Law Dept) <Hanna.Sheehan@baltimorecity.gov>; David S. Wachen - HCH Legal, LLC (david@wachenlaw.com) <david@wachenlaw.com>
**Subject:** Re: Amending the complaint to include SMG as a full defendant

**CAUTION:**EXTERNAL EMAIL

I may have missed that.

Would you be willing to share the email with me so that I can show it to St. Mikes and see what they think?

On Tue, Nov 23, 2021 at 2:36 PM Bruce Hanson <bhanson@asmglobal.com> wrote:

I thought you were on the phone when I read Marsh's email into the record?

**From:** Marc Randazza <mjr@randazza.com>
**Sent:** Tuesday, November 23, 2021 3:10 PM
**To:** Collins, Renita (Law Dept) <Renita.Collins@baltimorecity.gov>
**Cc:** Sheehan, Hanna (Law Dept) <Hanna.Sheehan@baltimorecity.gov>; Bruce Hanson <bhanson@asmglobal.com>; David S. Wachen - HCH Legal, LLC (david@wachenlaw.com) <david@wachenlaw.com>
**Subject:** Re: Amending the complaint to include SMG as a full defendant

**CAUTION:**EXTERNAL EMAIL

Thank you.  And, so as not to hide the ball, as we've been finishing up the amended complaint we are going to add the following additional claims:

1)  Fraud with respect to SMG's claim that Marsh told it it needed to get $25m in insurance.

2)  A claim for tortious interference with contractual relations with respect to the city's interference with the contract between SMG and St. M

3)  A specific count for declaratory judgment.

We would be willing to forego the fraud claim if SMG was willing and able to provide competent, credible, evidence that Marsh indeed did insist that the higher insurance was necessary.  We have it on good authority that SMG didn't even require that much insurance in Houston, so find it hard to believe.  Nevertheless, if SMG wants to convince us that our fraud claim would not be supportable, we are open minded to the possibility that we are mistaken.

I think perhaps we should also have our 26(f) conference so we can start discovery.

Want to do that tonight when you tell us that you're not going to consent to our amendment and that you think that our amended complaint is frivolous?  Or is another time more convenient for you?

On Mon, Nov 22, 2021 at 7:25 PM Collins, Renita (Law Dept) <Renita.Collins@baltimorecity.gov> wrote:

> Good evening Marc,
>
> The defendants will advise you about our decision regarding your e-mail below tomorrow before 7 pm.  At this time, we do not consent to allow the Plaintiff to file an amended pleading.  I will update you when I have more.
>
> Best regards,
>
> Renita
>
> | | |
> |---|---|
> | *image001.png*<br>Department of Law | **Renita L. Collins**<br>*Chief Solicitor,* Litigation<br><br>100 N. Holliday Street, Room 101<br>Baltimore, MD  21202<br>Pronouns:  she/her/hers<br>Renita.Collins@baltimorecity.gov<br><br>410-396-3930 office<br>410.547.1025 facsimile |
>
> **From:** Marc Randazza <mjr@randazza.com>
> **Sent:** Monday, November 22, 2021 3:46 PM
> **To:** Collins, Renita (Law Dept) <Renita.Collins@baltimorecity.gov>; Sheehan, Hanna (Law Dept) <Hanna.Sheehan@baltimorecity.gov>; Bruce Hanson <bhanson@asmglobal.com>
> **Cc:** David S. Wachen - HCH Legal, LLC (david@wachenlaw.com) <david@wachenlaw.com>
> **Subject:** Amending the complaint to include SMG as a full defendant
>
> **CAUTION:**  This email originated from outside of Baltimore City IT Network Systems.
> **Reminder:**  DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov
>
> Hi all!
>
> St. Michael's intends to amend its complaint to add SMG as a full-fledged defendant in the matter.

3

I have attached our Draft motion for leave.  None of our theories should be a surprise.

We are brushing up the complaint itself, but figured this was enough to start the conversation.

SMG is invited to reach out to us, through whichever counsel it chooses, to discuss trying to resolve the claims before we get the amended complaint done.

But, since SMG has not, in the past, moved with much urgency, we do not wish to mislead you that we are going to wait to hear from you, if all we hear is silence.

If you respond to our satisfaction, before we file the motion and the amended complaint, that would be great.

But, it is not in my client's interest to wait for things to move on a slow roll.  We intend to have this filed tomorrow if we can't get you to come to the table in good faith.

So let me know if you want to talk, or you just want us to file this.

_____

**Marc John Randazza, JD, MAMC, LLM**\* | **Randazza Legal Group**
2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117
30 Western Avenue, Gloucester, MA 01930
2 S Biscayne Boulevard, Suite 2680, Miami, FL 33131
Tel: 702-420-2001 | Email: mjr@randazza.com
Firm Offices - Las Vegas | Miami | New England

_____

\* Licensed to practice law in Arizona, California, Florida, Massachusetts, and Nevada.

--

_____

**Marc John Randazza, JD, MAMC, LLM**\* | **Randazza Legal Group**
2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117
30 Western Avenue, Gloucester, MA 01930
2 S Biscayne Boulevard, Suite 2680, Miami, FL 33131
Tel: 702-420-2001 | Email: mjr@randazza.com
Firm Offices - Las Vegas | Miami | New England

_____

\* Licensed to practice law in Arizona, California, Florida, Massachusetts, and Nevada.

--

_____

**Marc John Randazza, JD, MAMC, LLM**\* | **Randazza Legal Group**
2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117
30 Western Avenue, Gloucester, MA 01930

4

2 S Biscayne Boulevard, Suite 2680, Miami, FL 33131
Tel: 702-420-2001 | Email: mjr@randazza.com
Firm Offices - Las Vegas | Miami | New England
_____

* Licensed to practice law in Arizona, California, Florida, Massachusetts, and Nevada.