### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

January 24, 2022

MEMORANDUM TO COUNSEL

Re:   *St. Michael's Media, Inc. v. The Mayor and City Council of Baltimore, et al.*
      Civil Action No. ELH-21-2337

Dear Counsel:

The Editorial Staff at West Publishing recently advised me that it has selected for publication in the Federal Supplement the Court's Memorandum Opinion of October 12, 2021 (ECF 45).

In the course of reviewing the Memorandum Opinion for purposes of print publication, I have made a handful of non-substantive, "bluebook" corrections.  The revised version will be docketed.

I reiterate that the substance of the Memorandum Opinion has not been altered.  The Order and Preliminary Injunction (ECF 46), issued on October 12, 2021, is unchanged.

Very truly yours,

/s/

Ellen Lipton Hollander
United States District Judge