UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ST. MICHAEL'S MEDIA, INC.<br><br>Plaintiff,<br><br>v.<br><br>MAYOR AND CITY COUNCIL<br>OF BALTIMORE, *et al.*<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil No. 1:21-CV-02337 (ELH)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING MOTION TO CONTINUE SETTLEMENT CONFERENCE

UPON CONSIDERATION of the Motion to Continue Settlement Conference, filed by the Mayor and City Council of Baltimore, Brandon Scott, James L. Shea, and SMG (collectively "Defendants"), by and through Renita L. Collins and Hanna Marie C. Sheehan, as counsel, it is HEREBY ORDERED that the Motion if GRANTED; and it is further

ORDERED that the Virtual Settlement Conference set for August 23, 2022 at 10 a.m. is CONTINUED to **Thursday, September 29, 2022 at 10:00 a.m**.

The same guidelines set forth in my letter of March 9, 2022 (ECF 122) apply to this conference, including the requirement that you exchange a demand and offer prior to the conference. The new date for the submission of ex parte letters is **Thursday, September 22, 2022.** Please email your letters to mdd_adcchambers@mdd.uscourts.gov. A paper copy of all attachments exceeding 15 pages should be mailed to Chambers.

*[signature]* 3/14/22

Magistrate Judge A. David Copperthite