IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. MICHAEL'S MEDIA, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE MAYOR AND CITY COUNCIL OF BALTIMORE, *et al.*, <br><br> *Defendants.* | Civil Action No. ELH-21-2337 |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 31st day of March, 2023, by the United States District Court for the District of Maryland, **ORDERED**:

1) The stay of proceedings (ECF 123) is LIFTED.

2) The Motion (ECF 117), construed as a motion to dismiss, is GRANTED, as follows:

   a. Counts II, III, V, and VII are DISMISSED, with prejudice; and

   b. Counts I and IV are DISMISSED as against defendants Scott and Shea, in their official and individual capacities, with prejudice.

   c. Plaintiff's request for punitive damages is DISMISSED, without prejudice, and with the right of plaintiff to move to amend, due within fourteen (14) days of the date of docketing of this Order.

3) Defendants shall answer the suit within twenty-one (21) days of the date of docketing of this Order.

                                                                                       /s/
                                                       Ellen Lipton Hollander
                                                       United States District Judge