# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ST. MICHAEL'S MEDIA, INC.** *Plaintiff,* v. **MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL.** *Defendants.* | **Civil Action No.** 1:21-cv-2337-ELH |

## DEFENDANT MAYOR AND CITY COUNCIL OF BALTIMORE'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO STAY PROCEEDINGS

Defendant, Mayor and City Council of Baltimore, a municipal corporation (the "City") respectfully notifies the Court that the parties have agreed, in principle, to settle the above-captioned matter. Counsel for the parties are in the process of finalizing the settlement. All parties to this litigation intend to file a Joint Stipulation of Dismissal as soon as practicable, but respectfully request that the parties be given 60 days to file the same. Accordingly, the City respectfully requests that the Court stay this matter for 60 days or until **Monday, April 8, 2024**.

The City is filing this Notice and Motion with the approval and permission of all parties to this matter.

Dated:  February 8, 2024   Respectfully submitted,

EBONY M. THOMPSON
Acting Solicitor

 */s/ Renita L. Collins*
_____
RENITA L. COLLINS (#28637)
Chief Solicitor
HANNA MARIE C. SHEEHAN (#19531)
Chief Solicitor
Baltimore City Law Department
100 N. Holliday Street
City Hall Baltimore, MD 21202
Phone: 410-396-3930
Fax: 410-547-1025
Renita.Collins@baltimorecity.gov
Hanna.Sheehan@baltimorecity.gov
*Counsel for Defendants Mayor and City*
*Council of Baltimore and SMG*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February 2024, the Mayor and City Council of Baltimore's *Notice and Proposed Order* were served via the Court's CM/ECF electronic filing system on Counsel of Record.

　　　　　　　　　　　　　　　　　　*/s/ Renita L. Collins*
　　　　　　　　　　　　　　　　　　RENITA L. COLLINS (#28637)