Case 1:21-cv-02337-ELH   Document 169   Filed 04/05/24   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ST. MICHAEL'S MEDIA, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>**MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL.**<br><br>*Defendants.* | Approved.<br>ELH<br>USDJ<br>4/5/24<br><br>Civil Action No. 1:21-cv-2337-ELH |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby stipulate to the voluntary dismissal of the above-captioned matter, with prejudice. Each side shall bear their own costs.

Dated: April 5, 2024

Respectfully submitted,

/s/ David S. Wachen
_____

David S. Wachen (Bar No. 12790)
WACHEN LLC
11605 Montague Court
Potomac, MD 20854
(o) (240) 292-9121
(f) (301) 259-3846
david@wachenlaw.com

Marc J. Randazza (pro hac vice)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: (702) 420-2001
Email: ecf@randazza.com
*Attorneys for Plaintiff*
*St. Michael's Media, Inc.*

EBONY M. THOMPSON
Acting Solicitor

/s/ Renita L. Collins
_____

RENITA L. COLLINS (#28637)
Chief Solicitor
HANNA MARIE C. SHEEHAN (#19531)
Chief Solicitor
Baltimore City Law Department
100 N. Holliday Street
City Hall Baltimore, MD 21202
Phone: 410-396-3930
Fax: 410-547-1025
Renita.Collins@baltimorecity.gov
Hanna.Sheehan@baltimorecity.gov
*Counsel for Defendants Mayor and City Council of Baltimore and SMG*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of April 2024, a copy of the foregoing was served via the Court's CM/ECF electronic filing system on Counsel of Record.

/s/ Renita L. Collins
RENITA L. COLLINS (#28637)